FORM EDC2850 Bankruptcy Appeal Transmittal Form  (v.8.14)                    18–90029 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814

**FILED**

**Sep 30, 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



# BANKRUPTCY APPEAL TRANSMITTAL FORM

**Case Number:**    18–90029 – E – 11                      **DCN:**    MF–40

Debtor Name(s) and Address(es):

Jeffery Edward Arambel
433 Roxanne Drive
Patterson, CA 95363

District Court No.
2:19-cv-1978 TLN (BK)

TO:    U.S. District Court
       501 I Street, Suite 4–200, Sacramento, California 95814 ((916) 930–4000).

FROM:  U.S. Bankruptcy Court
       Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order):  Ronald H. Sargis

Date Notice of Appeal Filed:  9/27/19

Date of Entry of Order Appealed From:  9/16/19

Date Bankruptcy Case Filed: 1/17/18

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  9/30/19

Filing Fee Paid?  Yes

Dated:                              For the Court,
9/30/19                             Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                    18–90029 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



# CERTIFICATE OF NOTICE

**Case Number:**   18–90029 – E – 11                    **DCN:**   MF–40

**Debtor Name(s) and Address(es):**

Jeffery Edward Arambel
433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Office of the US Trustee<br>501 I St #7–500<br>Sacramento, CA 95814 | Jeffery Edward Arambel<br>433 Roxanne Drive<br>Patterson, CA 95363 | Reno F.R. Fernandez<br>221 Sansome St 3rd Fl<br>San Francisco, CA 94104 |
| Iain A. Macdonald<br>221 Sansome St<br>San Francisco, CA 94104 | Matthew J. Olson<br>914 Thirteenth Street<br>Modesto, CA 95354 | James B. Sowka<br>233 South Wacker Dr #8000<br>Chicago, IL 60606 |
| M. Ryan Pinkston<br>560 Mission St #3100<br>San Francisco, CA 94105 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921 | American AgCredit, FLCA<br>Tom Mouzes, Boutin Jones Inc.<br>555 Capital Mall #1500<br>Sacramento CA 95814 |
| Berliner Cohen, LLP<br>Berliner Cohen, LLP c/o Michael B. Ijams<br>1601 I Street, Suite 150<br>Modesto, CA 95354 | Braun International<br>Attn: Todd B. Wohl<br>180 Sansome Street<br>San Francisco, CA 94104 | CNH Industrial Capital America LLC<br>Dean Christopherson<br>Dawe & Christopherson<br>1350 Treat Blvd #420<br>Walnut Creek CA 94597 |
| Cammy Wells Matt and Adam Owens<br>d b a M A Livestock<br>P O Box 303<br>Westley CA 95387 | Castello, Marino & Orr, a general partnership<br>Anthony D. Johnston<br>Fores Macko, APLC<br>1600 G Street, Suite 103<br>Modesto, CA 95354 | 1148 N. Chinowth, Suite B<br>1148<br>Visalia, CA 93291 |
| American Ag Credit<br>Oakdale Branch<br>700 North Yosemite Avenue<br>Oakdale CA 95361 | ARCH & BEAM GLOBAL, LLC<br>Attn: Howard Bailey<br>2500 Camino Diablo #110<br>Walnut Creek, CA 94596 | Anthony D. Johnston<br>Fores Macko, APLC<br>1600 G Street<br>Suite 103<br>Modesto, CA 95354 |

Dated:
9/30/19

For the Court,
Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice (v.1.15)                                                     18–90029 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



# CERTIFICATE OF NOTICE

**Case Number:**   18–90029 – E – 11                          **DCN:**   MF–40

**Debtor Name(s) and Address(es):**

Jeffery Edward Arambel
433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Anthony D. Johnston<br>Fores Macko, APLC<br>1600 G Street<br>Suite 103<br>Modesto, CA 95354 | Dorothy M Arnaud and Helen F Jacobson<br>c o Wanger Jones Helsley PC<br>265 E river Park Cir 310<br>Fresno CA 93720 | BPM LLP<br>600 California Street<br>Suite 600<br>San Francisco, CA 94108 |
| Bachecki, Crom & Co., LLP<br>Attn: Jay D. Crom<br>400 Oyster Point Blvd #106<br>South San Francisco, CA 94080 | Beniamin Lopez<br>c/o Michael F. Babitzke<br>6 S El Dorado St #305<br>Stockton CA 95202 | Braun International Real Estate<br>Attn: Anthony E. Fitzgerald<br>2035 Circle Dr.<br>Hermosa Beach, CA 90254 |
| Business Debt Solutions, Inc.<br>Attn: Charles Doyle<br>230 California St #302<br>San Francisco, CA 94111 | Cammy Wells<br>P O Box 303<br>Westley CA 95387 | Carolyn Dilday and Dan Stadtler<br>Michael G. Dini<br>c/o Triebsch & Frampton, APC<br>300 N. Palm Street<br>Turlock CA 95380 |
| Carolyn Dilday and Daniel Stadtler<br>c o Triebsch Frampton<br>Attn Mike Dini<br>300 N Palm St<br>Turlock CA 95380 | Cazale Family Trust, Cazale Revocable Trust, Josephine Cazale Trust 10/7/98<br>Kirk Rimmer<br>112 J Street Suite 300<br>Sacramento, CA 95814 | Steven M. Koch<br>1148 N. Chinowth, Suite B<br>Visalia, CA 93291 |
| LBA RV–Company XXVII, LP<br>3347 Michelson Drive, Suite 200<br>Irvine, California 92612 | LBA RV–Company XXVII, LP c/o Ryan Pinkston<br>560 Mission St #3100<br>San Francisco, CA 94105–2992 | LBA RV–Company XXVII, LP 3347 Michelson Dr #200<br>Irvine, CA 92612–0687 |
| Laura Arambel<br>P O Box 176<br>Westley CA 95387 | Laura Arambel<br>c o Sherry Arambel<br>2401 N Park Dr<br>Sacramento CA 95835 | Beniamin Lopez<br>c/o Michael F. Babitzke<br>6 S El Dorado St #305<br>Stockton CA 95202 |

Dated:
9/30/19

For the Court,
Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521−5160
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814



# CERTIFICATE OF NOTICE

**Case Number:** 18−90029 − E − 11          **DCN:** MF−40

**Debtor Name(s) and Address(es):**

Jeffery Edward Arambel
433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

James P. Filbin
c/o Michael C. Normoyle
814 14th St #A
Modesto CA 95354−1028

Mary Etta Filbin
c/o Michael C. Normoyle
814 14th St #A
Modesto CA 95354−1028

Thomas R. Filbin
c/o Michael C. Normoyle
814 14th St #A
Modesto CA 95354−1028

Flory Industries Inc4737
Toomes Rd
Salida CA 95368

Franchise Tax BoardBankruptcy
SectionMS A−340Post Office Box
2952Sacramento CA 95812

Fred Frias Union Service226 N 2nd
StreetPatterson CA 95363

GDR Engineering Inc
P O Box 1033
Ceres CA 95307

GDR Engineering Inc.3525 Mitchell
Rd #GCeres CA 95307−9478

Todd S. Garan
4375 Jutland Dr #200
PO Box 17933
San Diego CA 92177−7921

Giddings Corby Hynes IncP O
Box 3231
Modesto CA 95353−3231

Growers Link
Charles Hastings
4568 Feather River Dr. #A Stockton,
CA 95219

Charles L. Hastings
4568 Feather River Dr #A
Stockton CA 95219

Helen F. Jacobson10636
Caminito DuroSan Diego CA
92126−2803

Howk Systems
1825 Yosemite BlvdModesto CA
95354−2905

Internal Revenue ServicePost Office Box
7346Philadelphia PA 19101−7346

Idaho Bee Ranch LLC
c/o Borton Petrini LLP201
Needham StreetModesto CA
95354

Internal Revenue ServicePost Office
Box 7346Philadelphia PA
19101−7346

Irrigation Design & Construction,
Inc.Charles L. Hastings4568 Feather
River Dr #A Stockton, CA 95219−6508

Dated:
9/30/19

For the Court,
Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                                    18–90029 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



# CERTIFICATE OF NOTICE

**Case Number:**   18–90029 – E – 11          **DCN:**   MF–40

**Debtor Name(s) and Address(es):**

Jeffery Edward Arambel
433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP<br>Attn Cecily A Dumas Partner<br>Four Embarcadero Center 22nd Floor<br>San Francisco CA 94111–5998 | Pillsbury Winthrop Shaw Pittman LLP<br>Attn Cecily A Dumas Partner<br>Four Embarcadero Center 22nd Floor<br>San Francisco CA 94111–5998 | Michael A. Pinkston<br>560 Misson St #3100<br>San Francisco CA 94105 |
| Kelly M. Raftery<br>411 Ivy Street<br>San Diego, CA 92101–2108 | Raymond V. Castello or Wanda Castello<br>Anthony D. Johnston<br>Fores Macko, APLC<br>1600 G Street, Suite 103<br>Modesto, CA 95354 | Kirk Steven Rimmer<br>112 J St #300<br>Sacramento CA 95814 |
| Christopher O Rivas<br>355 S Grand Ave #2900<br>Los Angeles, CA 90071–1514 | Natali A. Ron<br>4568 Feather River Dr #A<br>Stockton CA 95219 | SBN V Ag I LLC<br>Reed Smith LLP<br>355 S. Grand Ave #2900<br>Los Angeles CA 90071 |
| SBN V Ag I LLC<br>Christopher 0. Rivas<br>Reed Smith LLP<br>355 S. Grand Ave #2900<br>Los Angeles CA 90071 | Brandy A. Sargent<br>760 SW Ninth Ave<br>Portland OR 97205 | St James Law P C<br>Attn Michael St James<br>22 Battery Street Suite 888<br>San Francisco CA 94111 |
| Stanislaus County Tax Collector<br>P O Box 1003<br>Modesto CA 95353 | State of California Department of Industrial<br>Relations<br>160 Promenade Circle, Suite 330<br>Sacramento, CA 95834 | Summit Investment Management<br>LLC<br>1700 Lincoln Street Suite 2150<br>Denver CO 80203 |
| Steven M. Koch<br>Koch, Degn & Gomez, LLP<br>1148 N. Chinowth, Suite B<br>Visalia, CA 93291 | Steven M. Koch<br>1148 N. Chinowth, Suite B<br>Visalia, CA 93291 | Brian Martin Schenker<br>Reed Smith LLP<br>1717 Arch St #3100 Philadelphia<br>PA 19103 |

Dated:
9/30/19

For the Court,
Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                          18–90029 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



# CERTIFICATE OF NOTICE

**Case Number:**  18–90029 – E – 11                                      **DCN:**  MF–40

**Debtor Name(s) and Address(es):**

Jeffery Edward Arambel
433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Ben Lopez<br>c/o Jeffrey Silvia<br>2800 W March Ln #410<br>Stockton, CA 95219 | Jeffery Edward Arambel<br>433 Roxanne Drive<br>Patterson, CA 95363 | Michael F. Babitzke<br>6 S El Dorado St #305<br>Stockton, CA 95202–2804 |
| Steven S. Altman<br>201 Needham Street<br>Modesto, CA 95354 | Danielle J. Bethel<br>205 E River Park Circle #410<br>Fresno CA 93720 | Jason M. Blumberg<br>501 I St #7–500<br>Sacramento, CA 95814 |
| Jonathan C. Cahill<br>4375 Jutland Dr #200<br>PO Box 17933<br>San Diego, CA 92177–0933 | Iain A. Macdonald<br>221 Sansome St<br>San Francisco, CA 94104–2323 | Allen C. Massey<br>501 I St #7–500<br>Sacramento, CA 95814 |
| MetLife Agricultural Finance<br>P O Box 25965<br>Shawnee Mission KS 66225–5965 | Metropolitan Life Insurance<br>Company<br>Attn: James O. Moore<br>One MetLife Way<br>Whippany, NJ 07981 | Metropolitan Life Insurance Company<br>Attn: Steven P. Traynor<br>10801 Mastin Blvd #930<br>Overland Park, KS 66210 |
| Metropolitan Life Insurance<br>Company<br>c/o Brandy A. Sargent<br>1 SW Columbia St #1900<br>Portland, OR 97258 | Metropolitan Life Insurance<br>Company<br>c/o Michael B. Lubic<br>10100 Santa Monica Blvd 8th Fl<br>Los Angeles, CA 90067 | Metropolitan Life Insurance Company<br>c/o K&L Gates LLP Attn: Brandy A<br>Sargent<br>1 SW Columbia St. Suite 1900<br>Portland, OR 97258 |
| Metropolitan Life Insurance<br>Company<br>c/o Nolan C. Thomas<br>10100 Santa Monica Blvd 8th Fl<br>Los Angeles, CA 90067 | Mid Valley Financial<br>7644 N Palm Ave<br>Fresno CA 93711 | Mid Valley Services, Inc.<br>c/o David R. Jenkins<br>PO Box 1406<br>Fresno, CA 93716 |

Dated:
9/30/19

For the Court,
Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                                18–90029 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



# CERTIFICATE OF NOTICE

| | |
|---|---|
| **Case Number:**   18–90029 – E – 11 | **DCN:**   MF–40 |

**Debtor Name(s) and Address(es):**

Jeffery Edward Arambel
433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Thomas G. Mouzes<br>555 Capitol Mall #1500<br>Sacramento, CA 95814 | Howard S. Nevins<br>2150 River Plaza Dr #450<br>Sacramento, CA 95833–3883 | Michael C. Normoyle<br>1230 13th Street, Suite C<br>Modesto, CA 95354 |
| PDC Sacramento LLC<br>8775 Folsom Blvd Ste 200<br>Sacramento CA 95826 | PG E<br>Box 997300<br>Sacramento CA 95899–7300 | PG&E<br>PO BOX 8329<br>C/O BANKRUPTCY IXB7<br>STOCKTON, CA 95208 |
| Paradiso Properties LLC<br>Attn Aaron Paradiso<br>1282 Baldwin Lane<br>Stockton CA 95215 | Pearson Realty<br>Attn: John G. Daggett, Sr. VP<br>7480 N. Palm Ave #101<br>Fresno, CA 83711 | Philip N Stadtler Trustee of the<br>Phillip N Stadtler and Lois C<br>Stadtler Trust Dated Mar 4 1999<br>300 N Palm Street<br>Turlock CA 95381 |
| Tom Cazale<br>1723 Palomares Way<br>Roseville CA 95747 | Turlock Irrigation District<br>P O Box 819007<br>Turlock CA 95381–9007 | U.S. Bank NA dba Elan Financial<br>Services<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166–0108 |
| U.S. Bank National Association<br>Law Offices of Diane<br>Weifenbach<br>5120 E LaPalma Ave #209<br>Anaheim, CA 92807 | U.S. Bank National Association<br>c/o Fay Servicing, LLC<br>3000 Kellway Dr<br>Carrollton, TX 75006 | U.S. Bank National Association<br>c/o McCarthy & Holthus, LLP<br>411 Ivy Street<br>San Diego, CA 92101 |
| V Alonzo Inc<br>P O Box 541<br>Lockeford CA 95237 | Wells Fargo Bank, N.A., as Servicer<br>Default Document Processing<br>N9286–01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121–7700 | WELLS FARGO BANK, N.A.<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101 |

Dated:
9/30/19

For the Court,
Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                    18–90029 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



# CERTIFICATE OF NOTICE

**Case Number:** 18–90029 – E – 11                    **DCN:**   MF–40

**Debtor Name(s) and Address(es):**

Jeffery Edward Arambel
433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Irrigation Design & Construction, Inc.Charles L. Hastings4568 Feather River Dr #A Stockton, CA 95219–6508 | Irrigation Design Construction IDC P O Box 1412 Patterson CA 95363–1412 | Irrigation Design & Construction, Inc.Charles L. Hastings4568 Feather River Dr #A Stockton, CA 95219–6508 |
| JEA2, LLC Attn: Riley C. Walter 265 E River Park Circle #310 Fresno CA 93720–1580 | JPMorgan Chase Bank, N.A. ALDRIDGE PITE, LLP 4375 Jutland Dr #200 PO Box 17933 San Diego CA 92177–0933 | Helen F. Jacobson WANGER JONES HELSLEY PC 265 E. River Park Cir #310 Fresno CA 93720–1580 |
| David R. Jenkins 8050 N Palm Ave, Ste 300 Fresno CA 93711 | Joe Di Anna Harvesting Inc. 5912 Garst Road Modesto CA 95357–0134 | Anthony D. Johnston 1600 G Street. Suite103 Modesto CA 95354–2555 |
| Josephine A. Cazale Trust dated October 7, 1998 c/o Kirk S. Rimmer 112 J Street Suite 300 Sacramento CA 95814–2200 | Darin T. Judd 201 Tamal Vista Blvd Corte Madera CA 94925–1190 | Judith G. Callaway1120 13th St., Suite GModesto, CA 95354–0950 |
| Cazale Family Trust, Cazale Revocable Trust, Josephine Cazale Trust 10/7/98Kirk Rimmer112 J Street Suite 300Sacramento, CA 95814 | Chase P O Box 78035 Phoenix AZ 85062–8035 | Chase Bank N A 2609 McHenry AvenueModesto CA 95350–3200 |
| Jay A. Christofferson 265 E River Park Cir #310 Fresno CA 93720–1580 | Dean A. Christopherson 1350 Treat Boulevard, Suite 420 Walnut Creek CA 94597–7895 | Colby Bell 3955 Starlite DriveCeres CA 95307–9733 |

Dated:                                   For the Court,
9/30/19                                  Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)
18–90029 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



## CERTIFICATE OF NOTICE

**Case Number:**   18–90029 – E – 11                    **DCN:**   MF–40

**Debtor Name(s) and Address(es):**

Jeffery Edward Arambel
 433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Stephanie Sese<br>160 Promenade Circle #330<br>Sacramento, CA 95834–2962 | Sherry Arambel<br>2401 N Park Dr<br>Sacramento CA 95835 | Sherry Arambel<br>P O Box 176<br>Westley CA 95387–0176 |
| Jeffrey Silvia<br>2800 W March Ln #410<br>Stockton, CA 95219–8200 | James B. Sowka<br>233 S Wacker Dr #8000<br>Chicago, IL 60606–6448 | Daniel Stadtler<br>PO Box 422<br>Gustine, CA 95322–0422 |
| Michael St. James<br>22 Battery St #888<br>San Francisco, CA 94111–5522 | Michael St. James<br>22 Battery Street, Suite 888<br>San Francisco, CA 94111–5522 | Daniel Stadtler<br>c/o Steven S. Altman<br>1127 12th St #104<br>Modesto, CA 95354–0841 |
| John D. Suhr<br>757 L St<br>Fresno, CA 93721–2904 | Dana A. Suntag<br>5757 Pacific, #222<br>Stockton, CA 95207–5159 | |

Dated:
9/30/19

For the Court,
Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                         18–90029 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



# CERTIFICATE OF NOTICE

**Case Number:**   18–90029 – E – 11                              **DCN:**   MF–40

**Debtor Name(s) and Address(es):**

Jeffery Edward Arambel
433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Diane V. Weifenbach<br>5120 E. LaPalma Avenue, Suite 209<br>Anaheim, CA 92807 | WESTLAKE FINANCIAL<br>SERVICES<br>4751 WILSHIRE BLVD<br>SUITE 100<br>LOS ANGELES, CA 90010 | WELLS FARGO BANK, N.A.<br>ATTN BK DEPT MAC X7801–014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715–7203 |
| West Valley Agricultural Services,<br>LLC<br>c/o Steven M. Koch<br>1148 N Chinowth St #B<br>Visalia, CA 93291 | West Valley Ag<br>P O Box 38<br>Westley CA 95387–0038 | West Valley Agricultural Services,<br>LLC<br>Koch, Degn & Gomez, LLP<br>1148 N. Chinowth, Suite B<br>Visalia, CA 93291 |
| Westlake Financial Services<br>4751 Wilshire Bvld<br>Los Angeles CA 90010 | Jennifer C. Wong<br>411 Ivy Street<br>San Diego, CA 92101 | PGE<br>PO BOX 8329<br>C/O BK IXB7<br>STOCKTON CA 95208 |
| WELLS FARGO HOME MORTGAGE<br>8480 STAGECOACH CIR<br>FREDERICK MD 21701 | (u)Arch & Beam Global, LLC | (u)Bachecki, Crom & Co., LLP |
| (u)Braun International | (u)Braun International Real Estate | (u)Business Debt Solutions, Inc. |
| (u)CNH Industrial Capital America<br>LLC | (u)Judith G. Callaway | (u)Cushman & Wakefield U.S. Inc. |

Dated:                                          For the Court,
9/30/19                                         Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                         18−90029 − E − 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521−5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



# CERTIFICATE OF NOTICE

**Case Number:**    18−90029 − E − 11                          **DCN:**    MF−40

Debtor Name(s) and Address(es):

Jeffery Edward Arambel
 433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| (u)Tracy Hope Davis | u)Deborah DeWolf | (u)Garry DeWolf |
| (u)Filbin Land & Cattle Co., Inc. | (u)Growers Link | (u)Irrigation Design & Construction, Inc. |
| (u)JPMorgan Chase Bank, N.A. | (u)Benjamin Lopez | (u)Morada Farming Company, LLC |
| (u)Pearson Realty | u)SBN V Ag I LLC | (d)Michael St. James<br>22 Battery Street, Suite 888<br>San Francisco, CA 94111−5522 |
| (u)Wells Fargo Bank, N.A. | (u)West Stanislaus Irrigation District | (d)Jennifer C. Wong<br>411 Ivy Street<br>San Diego, CA 92101−2108 |

Dated:                                          For the Court,
9/30/19                                         Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                                    18–90029 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



# CERTIFICATE OF NOTICE

**Case Number:**   18–90029 – E – 11                          **DCN:**   MF–40

**Debtor Name(s) and Address(es):**

Jeffery Edward Arambel
433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Colby Bell<br>P O Box 2710<br>Ceres CA 95307–7710 | Com Trade<br>P O Box 10389Bakersfield CA 93389–0389 | Commercial Trade, Inc.5330 Office Center CourtBakersfield CA 93309–1573 |
| Commercial Trade Inc<br>c/o Sandra Kuhn<br>McCormack5330 Office<br>Center Court Ste C<br>Bakersfield CA 93309–1561 | Credit Consulting Services P O Box 5879<br>Salinas CA 93915–5879 | Credit Consulting Services c/o Herendeen BryanAttn MacDonald Bryan119 Cayuga St<br>Salinas CA 93902–2626 |
| Creditors Bureau USA<br>c/o John D. Suhr<br>757 L St<br>Fresno CA 93721–2998 | Creditors Bureau USA, Assignee for The Burchell Nursery<br>757 'L' Street<br>Fresno, CA 93721–2904 | Cushman & Wakefield U.S. Inc.<br>Attn: Blake Rasmussen3255 W. March Lane #230Stockton, CA 95219–2353 |
| Daniel Stadtler and Carolyn Dilday<br>Michael G Dini<br>300 N Palm St<br>Turlock CA 95380–4029 | Dave Wilson Nursery, Inc.Anthony D. Johnston1600 G Street, Suite 103Modesto, CA 95354–2555 | Dave Wilson Nursery, Inc.Anthony D. JohnstonFores Macko, APLC1600 G Street, Suite 103Modesto, CA 95354–2555 |
| Tracy Hope Davis<br>c/o Allen C. Massey<br>501 I St #7–500<br>Sacramento CA 95814–7304 | Carolyn Dilday<br>24789 N County Rd 3360<br>Wynnewood OK 73098–9364 | Carolyn Dilday<br>c/o Steven S. Altman<br>1127 12th St #104<br>Modesto CA 95354–0841 |
| Michael G. Dini<br>Triebsch & Frampton300 N. Palm StreetTurlock CA 95380–4029 | Director of Industrial Relations David Garza Office of the Director–Legal Unit<br>160 Promenade Cir #330<br>Sacramento CA 95834–2962 | Dorothy Arnaud<br>1566 Liverpool CourtManteca CA 95336–6246 |

Dated:
9/30/19

For the Court,
Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                            18–90029 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



# CERTIFICATE OF NOTICE

**Case Number:**   18–90029 – E – 11                              **DCN:**   MF–40

**Debtor Name(s) and Address(es):**

Jeffery Edward Arambel
 433 Roxanne Drive
Patterson, CA 95363

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on 9/27/19, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Dorothy M Arnaud/Helen F Jacobson/Gary Lee DeWolf265 E River Park Cir Ste 310 Fresno CA 93720–1580 | Dorothy M Arnaud and Helen F Jacobson c o Wanger Jones Helsley 265 E river Park Cir 310Fresno CA 93720–1580 | EMPLOYMENT DEVELOPMENT DEPARTMENT Bankruptcy Group MIC 92EPO Box 826880Sacramento, CA 94280–0001 |
| El Che Corporationc/o Jose Eguiluz2226 Paloma Ave Stockton CA 95209–2916 | Reno F.R. Fernandez III 221 Sansome St 3rd Fl San Francisco CA 94104–2331 | Filbin c o Wanger Jones Helsley 265 E River Park Cir Suite 310 Fresno CA 93720–1580 |

Dated:
9/30/19

For the Court,
Wayne Blackwelder , Clerk

42

SEYFARTH SHAW LLP
M. Ryan Pinkston (State Bar No. 310971)
E-mail:  rpinkston@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Tel: 415.544.1013; Fax: 415.397.8549

James B. Sowka (Admitted *Pro Hac Vice*)
E-mail:  jsowka@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Tel: 312.460.5325; Fax: 312.460.7325

*Attorneys for LBA RV-COMPANY XXVII, LP*

# UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 9:18-bk-90029 |
| JEFFERY EDWARD ARAMBEL, | Chapter 11 |
| Debtor. | **LBA RV-COMPANY XXVII, LP'S NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** |
| | DCN:          MF-40 |
| | Honorable Ronald H. Sargis |

1    Pursuant to 28 U.S.C. § 158(a), Creditor LBA RV-COMPANY XXVII, LP ("LBA"), by and

2    through undersigned counsel, hereby appeals to the United States District Court for the Eastern District

3    of California from the Order Confirming Debtor in Possession's Plan of Reorganization (Dkt. No. 970,

4    DCN MF-40) ("Confirmation Order") entered by the United States Bankruptcy Court for the Eastern

5    District of California on September 15, 2019.  A copy of the Confirmation Order is attached hereto as

6    **Exhibit A**.

7    The name of the other party to the Confirmation Order and the names, addresses, and telephone

8    numbers of counsel are as follows:

9    **MACDONALD FERNANDEZ LLP**
     Iain A. MacDonald (SBN 051073)
10   Reno F.R. Fernandez III (SBN 251934)
     Matthew J. Olson (SBN 265908)
11   914 Thirteenth Street
     Modesto, California 95354
12   Telephone: (209) 521-8100
     Facsimile: (415) 394-5544
13
     *Attorneys for Debtor in Possession Jeffery E. Arambel*
14
     LBA hereby elects to have its appeal heard by the United States District Court for the Eastern
15
     District of California rather than by the Bankruptcy Appellate Panel.
16

17

18   DATED: September 27, 2019                    SEYFARTH SHAW LLP

19

20                                               By:____/s/ M. Ryan Pinkston_____
                                                      James B. Sowka
21                                                    M. Ryan Pinkston

22                                               *Attorneys for LBA RV-COMPANY XXVII, LP*

23

24

25

26

27

28

1

# EXHIBIT A

6

1   **MACDONALD | FERNANDEZ LLP**
2   IAIN A. MACDONALD (SBN 051073)
    RENO F.R. FERNANDEZ III (SBN 251934)
3   MATTHEW J. OLSON (SBN 265908)
    914 Thirteenth Street
4   Modesto, CA  95354
    Telephone:  (209) 521-8100
5   Facsimile:  (415) 394-5544

6   Attorneys for Debtor in Possession,
7   JEFFERY EDWARD ARAMBEL

8                 UNITED STATES BANKRUPTCY COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10  In Re:                              Case No. 18-90029-E-11

11  JEFFERY EDWARD ARAMBEL,             Chapter 11

12                 Debtor.              DCN: MF-40

13                                      Confirmation Hearing:
                                        Date:    September 10, 2019
14                                      Time:    10:00 a.m.
                                        Place:   Courtroom 33
15                                               501 I Street, 6th Floor
                                                 Sacramento, California
16
17                                               Hon. Ronald H. Sargis

18            **ORDER CONFIRMING DEBTOR IN POSSESSION'S**
              **PLAN OF REORGANIZATION (Dated July 19, 2019)**
19

20          The plan under chapter 11 of the Bankruptcy Code filed by Jeffery E. Arambel, Debtor in

21  Possession herein, on July 19, 2019, (Dckt. No. 860) having been transmitted to creditors and equity

22  security holders; and

23          It having been determined after hearing on notice that the requirements for confirmation set

24  forth in 11 U.S.C. § 1129(b) have been satisfied; for the reasons stated orally on the record,

25          **IT IS ORDERED** that the Plan filed by Jeffery E. Arambel, Debtor in Possession herein, on

26  July 19, 2019, Docket 860, as modified as set forth below, is confirmed.

27          **IT IS FURTHER ORDERED** that the Plan is modified as follows:

28

RECEIVED
September 13, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006580934

1

1.     Section 1.74 of the Plan is modified to read:

**1.74**   "<u>Post-Confirmation Service List</u>" means a service list comprised of the names and email addresses for (a) all Creditors holding Claims in Classes 1 and 2, (b) the Creditors holding the five (5) largest Claims in Class 6 as of the Effective Date, (c) each member of the Oversight Committee, (d) the Reorganizing Debtor, (e) the Plan Administrator, (f) the Office of the United States Trustee, (g) any party who objected to confirmation of the Plan, and (h) any other Creditor or party in interest that files with the Bankruptcy Court a request for post-Confirmation notice after the Effective Date and serves it on all parties on the Post-Confirmation Service List; provided, however, that any Creditor or party in interest may be removed from the Post-Confirmation Service List with their consent or by order of the Bankruptcy Court on notice to the then-constituted Post-Confirmation Service List upon a showing that such Creditor or such party no longer holds a Claim or has an interest in the Case.

2.     The reference to Class 1(b) in Section 4.1 of the Plan is modified to read:

| Class | Name of Creditor | Estimated Amount of Claim | Interest Rate | Disputed? |
|-------|------------------|---------------------------|---------------|-----------|
| 1(b) | Summit | $45,491,296.74 | 12% | No |

3.     The reference to Class 3(a) in Section 4.3 of the Plan is modified to read:

| Class | Name of Creditor | Estimated Amount of Claim | Amount of Arrears | Disputed? |
|-------|------------------|---------------------------|-------------------|-----------|
| 3(a) | Chase Bank, N.A. | $175,603.78 | $5,911.78 | No |

4.     Section 4.5 of the Plan is modified to add a reference to a new class 5(d), as follows:

| Class | Name of Creditor | Estimated Amount of Claim | Collateral |
|-------|------------------|---------------------------|------------|
| 5(d) | CNH Industrial Capital | $20,041.77 | 2 Rears model LSH08K946 mowers |

5.     The reference to Benjamin Lopez in Class 4.6 of the Plan is modified to read:

| Name of Creditor | Estimated Amount of Claim | Disputed? |
|------------------|---------------------------|-----------|
| Benjamin Lopez | $1,600,000.00 | No |

6.     Section 6.5.4 is added to Plan to read as follows:

**6.5.4   Class 5(d)—Secured Claim of CNH Industrial Capital**

The Allowed Secured Claim in Class 5(d) of CNH Industrial Capital is not modified by the Plan.  On the Effective Date, CNH Industrial Capital is granted relief from the automatic stay to commence nonjudicial foreclosure proceedings of its collateral in accordance with the applicable prepetition loan documents and applicable non-bankruptcy law and to obtain possession of its collateral in accordance with applicable non-bankruptcy law.  The Reorganizing Debtor shall voluntarily surrender his possession of the collateral.  To the extent Allowed Secured Claim in Class 5(d) of CNH Industrial Capital is not satisfied by the recovery on its collateral, the balance of its Claim is a Class 6 General Unsecured Claim and CNH Industrial

Capital shall file an amended proof of claim to assert said Class 6 General Unsecured Claim within six months of recovering possession of its collateral.

7.    Section 6.6 of the Plan is modified to read as follows:

**6.6    Class 6—General Unsecured Claims**

Allowed Claims in Class 6 shall receive periodic Pro Rata Distributions up to the full amount their Allowed Claims, plus simple interest at the Federal Judgment Rate.  Such periodic Pro Rata Distributions shall be made from the Proceeds of the sale of the Plan Assets, through the refinancing of the Plan Assets, from unencumbered Plan Assets, from the use of Plan Funding Cash Collateral determined by the Plan Administrator to be Available Cash, or a combination of any of the forgoing.  The Reorganizing Debtor shall use commercially reasonable efforts to cause Allowed Claims in Class 6 to be paid in full as soon as practicable after the payment in full of Allowed Secured Claims in Classes 1 and 2 and within 21 months of the Effective Date; provided, however, that Summit, both for itself and in its capacity as a Plan Funding Lender, shall allow the Reorganizing Debtor to use Plan Funding Cash Collateral, to the extent determined by the Plan Administrator to be Available Cash, to fund such periodic payments prior to the repayment in full of Summit's Allowed Secured Claim in Class 1 and Summit's Plan Funding Claim.  Pursuant to the terms and conditions of the Cash Collateral Fund (as defined in the Plan Credit Agreement with Summit), Plan Funding Cash Collateral shall be made available to the Reorganizing Debtor as follows: upon the consummation of any sale or refinance of Summit's collateral authorized by a Final Order of the Bankruptcy Court, the cash Proceeds of any such sale or refinance otherwise due to Summit (after payment of all Claims having priority over Summit) shall be distributed: (a) first, to Summit on account of its Allowed Secured Claim in Class 1 until Summit has received a total of $2,000,000.00 on account of such Allowed Secured Claim; and (b) second, 90% to Summit on account of its Allowed Secured Claim in Class 1 and 10% to fund the Cash Collateral Fund until the Cash Collateral Fund has been funded in full up to the Plan Funding Maximum Cash Amount.  The Reorganizing Debtor and the Plan Administrator shall use commercially reasonable efforts to distribute 36.25% of the Plan Funding Maximum Cash Collateral Amount to holders of Allowed Claims in Class 6 within 12 months of the Effective Date.

8.    Section 7.8.5 of the Plan is modified to read as follows:

**7.8.5   Withholding Taxes**

Pursuant to Section 346(h) of the Code, the Reorganizing Debtor and the Plan Administrator shall be entitled to deduct any applicable federal, state or local withholding taxes from any cash payments made with respect to Allowed Claims, as appropriate.  The Reorganizing Debtor and the Plan Administrator shall be permitted to withhold a Distribution to any Creditor that has not provided information requested by the Reorganizing Debtor and the Plan Administrator for the purpose of fulfilling his or her obligations hereunder.  The Reorganizing Debtor and the Plan Administrator, as applicable, shall comply with all reporting obligations imposed by any governmental unit with respect to withholding and related taxes.  This Section 7.8.4 is not a surcharge of the collateral of any secured Creditor and is not a basis for the Reorganizing Debtor and the Plan Administrator to surcharge any collateral of any secured Creditor.

/ / /

3

9.      Section 7.16.5 of the Plan is modified to read as follows:

**7.16.6  Service of Post-Confirmation Quarterly Reports**

A copy of each aforementioned post-Confirmation report shall be served upon the Reorganizing Debtor, each person and entity on the Post-Confirmation Service List, and the members of the Oversight Committee.

10.     The following sentence is added to the end of Section 7.8.2(b) of the Plan:

For the purposes of interim distributions under this Section 7.8.2(b) to holders of claims in Class 1(d) and Class 1(e) that are not an Allowed Claim, or the sale of any collateral securing the claims in Class 1(d) and Class 1(e) that are not an Allowed Claim, payments on account of said claims will be calculated as if 70% of the face value of the asserted claim were an Allowed Claim.

11.     The following sentence is added to the end of Section 12.3 of the Plan:

This Section 12.3 shall not apply following entry of the Final Decree and closing of the case, and a secured creditor's loan documents shall control with respect to a material default thereafter.

12.     The initial Plan Budget, as defined by Section 1.63, is attached hereto as Exhibit "A" and said Plan Budget may be modified as provided for by the Plan.

**Dated:** September 15, 2019                    **By the Court**

Ronald H. Sargis, Judge
United States Bankruptcy Court

4

# EXHIBIT A

| Arambel Budget | Pre-Confirmation | | | | 2019 | | | | | 2020 | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | April | May | June | July | August Month 1 | September Month 2 | October Month 3 | November Month 4 | December Month 5 | January Month 6 | February Month 7 | March Month 8 | April Month 9 | May Month 10 | June Month 11 | July Month 12 | August Month 13 | September Month 14 | October Month 15 | November Month 16 | |
| **Starting Cash** | 42,628 | 128,030 | 85,292 | 285,034 | 245,250 | 50,000 | 81,646 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 75,507 | 50,000 | 50,000 | 50,000 | 50,000 | 237,752 | 118,601 | **245,250** |
| **Cash-In** | | | | | | | | | | | | | | | | | | | | | |
| Plan Loan Draw (Summit/MetLife) | - | - | - | - | 429,021 | - | 67,451 | 107,780 | 239,943 | 113,692 | 108,251 | 103,688 | - | 81,574 | 105,037 | 116,026 | 127,595 | - | - | - | 1,600,058 |
| FLCC Deposit | 120,000 | - | 256,000 | - | 820,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 1,000,000 |
| Crop Retainage | - | - | - | - | - | - | - | - | - | - | - | - | 250,000 | - | - | - | - | - | - | - | 250,000 |
| Rental Income | - | - | - | - | - | 138,610 | 24,302 | - | - | - | - | - | - | - | - | - | - | - | - | - | 162,911 |
| Property Sale (Net of Liens) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 300,000 | - | - | 300,000 |
| **Total Cash-In** | 120,000 | - | 256,000 | - | 1,249,021 | 150,610 | 103,753 | 119,780 | 251,943 | 125,692 | 120,251 | 115,688 | 262,000 | 93,574 | 117,037 | 128,026 | 139,595 | 312,000 | 12,000 | 12,000 | **3,558,219** |
| *(DIP Loan + FLCC Deposit Balance)* | | | | | 1,249,021 | 1,261,021 | 1,340,472 | 1,460,252 | 1,712,195 | 1,837,887 | 1,958,138 | 2,073,826 | 2,085,826 | 2,179,400 | 2,296,437 | 2,424,463 | 2,564,058 | 2,576,058 | 2,588,058 | 2,600,058 | |
| **Cash-Out** | | | | | | | | | | | | | | | | | | | | | |
| **Personal Expenses** | | | | | | | | | | | | | | | | | | | | | |
| Pharmacy | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 4,500 |
| Misc. Medical | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 7,500 |
| Home maintenance + HOA | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 6,000 |
| Home Mortgage | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 102,000 |
| Food, Clothing, and Household | 1,500 | 1,500 | 1,500 | 1,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 30,000 |
| Utilities | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 24,000 |
| Transportation | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 6,000 |
| **Total Personal** | 11,000 | 11,000 | 11,000 | 11,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | **180,000** |
| **Farm Expenses (including payroll and withholding and employment related taxes)** | | | | | | | | | | | | | | | | | | | | | |
| Water and Power | 5,000 | 5,000 | 5,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 | 5,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 130,000 |
| Fuel | 400 | 400 | 400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 400 | 400 | 400 | 400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,000 |
| Parts | 600 | 400 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 9,000 |
| Labor | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 112,500 |
| Reorganizing Debtor's Professionals | - | - | - | - | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 112,500 |
| **Total Farm** | 13,500 | 13,500 | 13,500 | 19,300 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | 26,000 | 21,000 | 21,000 | 21,000 | 21,000 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | **378,000** |
| **Plan Expenses** | | | | | | | | | | | | | | | | | | | | | |
| Insurance | 8,148 | 8,148 | 13,502 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 122,220 |
| Property Taxes | - | - | - | - | 354,326 | - | - | - | 116,747 | - | - | - | 116,747 | - | - | - | - | 15,825 | - | - | 603,644 |
| Accountant | - | - | - | - | 2,500 | - | - | - | 15,000 | - | - | - | - | 2,500 | - | - | - | - | 2,500 | - | 22,500 |
| Plan Administrator's Attorneys | - | - | - | - | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 225,000 |
| US Trustees Fees | 1,950 | 10,090 | - | 1,336 | 16,030 | - | - | - | - | 5,071 | - | - | 3,616 | - | - | 4,726 | - | - | 3,919 | - | 33,363 |
| Plan Administrator Fees | - | - | - | - | 45,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 465,000 |
| **Total Plan** | 10,098 | 18,238 | 13,502 | 9,484 | 424,974 | 53,148 | 69,178 | 53,148 | 184,895 | 58,219 | 53,148 | 53,148 | 173,511 | 55,648 | 53,148 | 57,874 | 68,973 | 53,148 | 59,567 | 53,148 | **1,471,222** |
| **Sub-Total** | 34,598 | 42,738 | 38,002 | 39,784 | 463,774 | 91,948 | 107,978 | 91,948 | 223,695 | 97,019 | 91,148 | 86,148 | 206,511 | 88,648 | 86,148 | 96,674 | 107,773 | 91,948 | 98,367 | 91,948 | **1,971,144** |
| Accrued Professional Fees | - | - | - | - | 824,805 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 824,805 |
| 2018 Income Tax | - | - | 18,256 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Misc. Allowed Admin. Expenses | - | - | - | - | 103,883 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 103,883 |
| Class 2 Periodic Payment | - | - | - | - | 26,616 | 27,015 | 27,420 | 27,832 | 28,249 | 28,673 | 29,103 | 29,540 | 29,983 | 30,432 | 30,889 | 31,352 | 31,822 | 32,300 | 32,784 | - | 444,010 |
| Class 3 Cure Payments | - | - | - | - | 25,193 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 25,193 |
| **Sub-Total** | - | - | 18,256 | - | 980,497 | 27,015 | 27,420 | 27,832 | 28,249 | 28,673 | 29,103 | 29,540 | 29,983 | 30,432 | 30,889 | 31,352 | 31,822 | 32,300 | 32,784 | - | **1,397,891** |
| **Total Cash-Out** | 34,598 | 42,738 | 56,258 | 39,784 | 1,444,271 | 118,963 | 135,399 | 119,780 | 251,944 | 125,692 | 120,251 | 115,688 | 236,493 | 119,080 | 117,037 | 128,026 | 139,595 | 124,248 | 131,151 | 91,948 | **3,369,035** |
| **Ending Cash** | 128,030 | 85,292 | 285,034 | 245,250 | 50,000 | 81,646 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 75,507 | 50,000 | 50,000 | 50,000 | 50,000 | 237,752 | 118,601 | 38,653 | **38,653** |

*Class 2: pre-petition property tax
*Class 3: Wells Fargo Mortgage to clear default

**6**

**MACDONALD | FERNANDEZ LLP**
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
914 Thirteenth Street
Modesto, CA  95354
Telephone:  (209) 521-8100
Facsimile:  (415) 394-5544

Attorneys for Debtor in Possession,
JEFFERY EDWARD ARAMBEL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 18-90029-E-11 |
| JEFFERY EDWARD ARAMBEL, | Chapter 11 |
| Debtor. | DCN: MF-40 |
| | Confirmation Hearing:<br>Date:   September 10, 2019<br>Time:   10:00 a.m.<br>Place:   Courtroom 33<br>501 I Street, 6th Floor<br>Sacramento, California<br><br>Hon. Ronald H. Sargis |

**ORDER CONFIRMING DEBTOR IN POSSESSION'S
PLAN OF REORGANIZATION (Dated July 19, 2019)**

The plan under chapter 11 of the Bankruptcy Code filed by Jeffery E. Arambel, Debtor in

Possession herein, on July 19, 2019, (Dckt. No. 860) having been transmitted to creditors and equity

security holders; and

It having been determined after hearing on notice that the requirements for confirmation set

forth in 11 U.S.C. § 1129(b) have been satisfied; for the reasons stated orally on the record,

**IT IS ORDERED** that the Plan filed by Jeffery E. Arambel, Debtor in Possession herein, on

July 19, 2019, Docket 860, as modified as set forth below, is confirmed.

**IT IS FURTHER ORDERED** that the Plan is modified as follows:

RECEIVED
September 13, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006580934

1

1.    Section 1.74 of the Plan is modified to read:

**1.74** "Post-Confirmation Service List" means a service list comprised of the names and email addresses for (a) all Creditors holding Claims in Classes 1 and 2, (b) the Creditors holding the five (5) largest Claims in Class 6 as of the Effective Date, (c) each member of the Oversight Committee, (d) the Reorganizing Debtor, (e) the Plan Administrator, (f) the Office of the United States Trustee, (g) any party who objected to confirmation of the Plan, and (h) any other Creditor or party in interest that files with the Bankruptcy Court a request for post-Confirmation notice after the Effective Date and serves it on all parties on the Post-Confirmation Service List; provided, however, that any Creditor or party in interest may be removed from the Post-Confirmation Service List with their consent or by order of the Bankruptcy Court on notice to the then-constituted Post-Confirmation Service List upon a showing that such Creditor or such party no longer holds a Claim or has an interest in the Case.

2.    The reference to Class 1(b) in Section 4.1 of the Plan is modified to read:

| Class | Name of Creditor | Estimated Amount of Claim | Interest Rate | Disputed? |
|---|---|---|---|---|
| 1(b) | Summit | $45,491,296.74 | 12% | No |

3.    The reference to Class 3(a) in Section 4.3 of the Plan is modified to read:

| Class | Name of Creditor | Estimated Amount of Claim | Amount of Arrears | Disputed? |
|---|---|---|---|---|
| 3(a) | Chase Bank, N.A. | $175,603.78 | $5,911.78 | No |

4.    Section 4.5 of the Plan is modified to add a reference to a new class 5(d), as follows:

| Class | Name of Creditor | Estimated Amount of Claim | Collateral |
|---|---|---|---|
| 5(d) | CNH Industrial Capital | $20,041.77 | 2 Rears model LSH08K946 mowers |

5.    The reference to Benjamin Lopez in Class 4.6 of the Plan is modified to read:

| Name of Creditor | Estimated Amount of Claim | Disputed? |
|---|---|---|
| Benjamin Lopez | $1,600,000.00 | No |

6.    Section 6.5.4 is added to Plan to read as follows:

**6.5.4    Class 5(d)—Secured Claim of CNH Industrial Capital**

The Allowed Secured Claim in Class 5(d) of CNH Industrial Capital is not modified by the Plan.  On the Effective Date, CNH Industrial Capital is granted relief from the automatic stay to commence nonjudicial foreclosure proceedings of its collateral in accordance with the applicable prepetition loan documents and applicable non-bankruptcy law and to obtain possession of its collateral in accordance with applicable non-bankruptcy law.  The Reorganizing Debtor shall voluntarily surrender his possession of the collateral.  To the extent Allowed Secured Claim in Class 5(d) of CNH Industrial Capital is not satisfied by the recovery on its collateral, the balance of its Claim is a Class 6 General Unsecured Claim and CNH Industrial

Capital shall file an amended proof of claim to assert said Class 6 General Unsecured Claim within six months of recovering possession of its collateral.

7.    Section 6.6 of the Plan is modified to read as follows:

### 6.6    Class 6—General Unsecured Claims

Allowed Claims in Class 6 shall receive periodic Pro Rata Distributions up to the full amount their Allowed Claims, plus simple interest at the Federal Judgment Rate.  Such periodic Pro Rata Distributions shall be made from the Proceeds of the sale of the Plan Assets, through the refinancing of the Plan Assets, from unencumbered Plan Assets, from the use of Plan Funding Cash Collateral determined by the Plan Administrator to be Available Cash, or a combination of any of the forgoing.  The Reorganizing Debtor shall use commercially reasonable efforts to cause Allowed Claims in Class 6 to be paid in full as soon as practicable after the payment in full of Allowed Secured Claims in Classes 1 and 2 and within 21 months of the Effective Date; provided, however, that Summit, both for itself and in its capacity as a Plan Funding Lender, shall allow the Reorganizing Debtor to use Plan Funding Cash Collateral, to the extent determined by the Plan Administrator to be Available Cash, to fund such periodic payments prior to the repayment in full of Summit's Allowed Secured Claim in Class 1 and Summit's Plan Funding Claim.  Pursuant to the terms and conditions of the Cash Collateral Fund (as defined in the Plan Credit Agreement with Summit), Plan Funding Cash Collateral shall be made available to the Reorganizing Debtor as follows: upon the consummation of any sale or refinance of Summit's collateral authorized by a Final Order of the Bankruptcy Court, the cash Proceeds of any such sale or refinance otherwise due to Summit (after payment of all Claims having priority over Summit) shall be distributed: (a) first, to Summit on account of its Allowed Secured Claim in Class 1 until Summit has received a total of $2,000,000.00 on account of such Allowed Secured Claim; and (b) second, 90% to Summit on account of its Allowed Secured Claim in Class 1 and 10% to fund the Cash Collateral Fund until the Cash Collateral Fund has been funded in full up to the Plan Funding Maximum Cash Amount.  The Reorganizing Debtor and the Plan Administrator shall use commercially reasonable efforts to distribute 36.25% of the Plan Funding Maximum Cash Collateral Amount to holders of Allowed Claims in Class 6 within 12 months of the Effective Date.

8.    Section 7.8.5 of the Plan is modified to read as follows:

### 7.8.5   Withholding Taxes

Pursuant to Section 346(h) of the Code, the Reorganizing Debtor and the Plan Administrator shall be entitled to deduct any applicable federal, state or local withholding taxes from any cash payments made with respect to Allowed Claims, as appropriate.  The Reorganizing Debtor and the Plan Administrator shall be permitted to withhold a Distribution to any Creditor that has not provided information requested by the Reorganizing Debtor and the Plan Administrator for the purpose of fulfilling his or her obligations hereunder.  The Reorganizing Debtor and the Plan Administrator, as applicable, shall comply with all reporting obligations imposed by any governmental unit with respect to withholding and related taxes.  This Section 7.8.4 is not a surcharge of the collateral of any secured Creditor and is not a basis for the Reorganizing Debtor and the Plan Administrator to surcharge any collateral of any secured Creditor.

/ / /

1    9.      Section 7.16.5 of the Plan is modified to read as follows:

2         **7.16.6  Service of Post-Confirmation Quarterly Reports**

3         A copy of each aforementioned post-Confirmation report shall be served upon
the Reorganizing Debtor, each person and entity on the Post-Confirmation Service
4    List, and the members of the Oversight Committee.

5    10.     The following sentence is added to the end of Section 7.8.2(b) of the Plan:

6         For the purposes of interim distributions under this Section 7.8.2(b) to holders
of claims in Class 1(d) and Class 1(e) that are not an Allowed Claim, or the sale of
7    any collateral securing the claims in Class 1(d) and Class 1(e) that are not an Allowed
Claim, payments on account of said claims will be calculated as if 70% of the face
8    value of the asserted claim were an Allowed Claim.

9    11.     The following sentence is added to the end of Section 12.3 of the Plan:

10        This Section 12.3 shall not apply following entry of the Final Decree and
closing of the case, and a secured creditor's loan documents shall control with respect
11   to a material default thereafter.

12   12.     The initial Plan Budget, as defined by Section 1.63, is attached hereto as Exhibit "A"

13   and said Plan Budget may be modified as provided for by the Plan.

14   **Dated:** September 15, 2019          **By the Court**

15

16

17   Ronald H. Sargis, Judge
18   United States Bankruptcy Court

19

20

21

22

23

24

25

26

27

28

4

# EXHIBIT A

| Arambel Budget | Pre-Confirmation | | | | 2019 | | | | | 2020 | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | April | May | June | July | August Month 1 | September Month 2 | October Month 3 | November Month 4 | December Month 5 | January Month 6 | February Month 7 | March Month 8 | April Month 9 | May Month 10 | June Month 11 | July Month 12 | August Month 13 | September Month 14 | October Month 15 | November Month 16 | |
| Starting Cash | 42,628 | 128,030 | 85,292 | 285,034 | 245,250 | 50,000 | 81,646 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 75,507 | 50,000 | 50,000 | 50,000 | 50,000 | 237,752 | 118,601 | 245,250 |
| **Cash-In** | | | | | | | | | | | | | | | | | | | | | |
| Plan Loan Draw (Summit/MetLife) | - | - | - | - | 429,021 | - | 67,451 | 107,780 | 239,943 | 113,692 | 108,251 | 103,688 | - | 81,574 | 105,037 | 116,026 | 127,595 | - | - | - | 1,600,058 |
| FLCC Deposit | 120,000 | - | 256,000 | - | 820,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 1,000,000 |
| Crop Retainage | - | - | - | - | - | - | - | - | - | - | - | - | 250,000 | - | - | - | - | - | - | - | 250,000 |
| Rental Income | - | - | - | - | - | 138,610 | 24,302 | - | - | - | - | - | - | - | - | - | - | - | - | - | 162,911 |
| Property Sale (Net of Liens) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 300,000 | - | - | 300,000 |
| **Total Cash-In** | 120,000 | - | 256,000 | - | 1,249,021 | 150,610 | 103,753 | 119,780 | 251,943 | 125,692 | 120,251 | 115,688 | 262,000 | 93,574 | 117,037 | 128,026 | 139,595 | 312,000 | 12,000 | 12,000 | 3,558,219 |
| *(DIP Loan + FLCC Deposit Balance)* | | | | | 1,249,021 | 1,261,021 | 1,340,472 | 1,460,252 | 1,712,195 | 1,837,887 | 1,958,138 | 2,073,826 | 2,085,826 | 2,179,400 | 2,296,437 | 2,424,463 | 2,564,058 | 2,576,058 | 2,588,058 | 2,600,058 | |
| **Cash-Out** | | | | | | | | | | | | | | | | | | | | | |
| **Personal Expenses** | | | | | | | | | | | | | | | | | | | | | |
| Pharmacy | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 4,500 |
| Misc. Medical | - | - | - | - | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 7,500 |
| Home maintenance + HOA | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 6,000 |
| Home Mortgage | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 102,000 |
| Food, Clothing, and Household | 1,500 | 1,500 | 1,500 | 1,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 30,000 |
| Utilities | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 24,000 |
| Transportation | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 6,000 |
| **Total Personal** | 11,000 | 11,000 | 11,000 | 11,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 180,000 |
| **Farm Expenses (including payroll and withholding and employment related taxes)** | | | | | | | | | | | | | | | | | | | | | |
| Water and Power | 5,000 | 5,000 | 5,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 | 5,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 130,000 |
| Fuel | 400 | 400 | 400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 400 | 400 | 400 | 400 | 400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,000 |
| Parts | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 9,000 |
| Labor | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 112,500 |
| Reorganizing Debtor's Professionals | - | - | - | - | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 112,500 |
| **Total Farm** | 13,500 | 13,500 | 13,500 | 19,300 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | 26,000 | 21,000 | 21,000 | 21,000 | 21,000 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | 378,000 |
| **Plan Expenses** | | | | | | | | | | | | | | | | | | | | | |
| Insurance | 8,148 | 8,148 | 13,502 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 122,220 |
| Property Taxes | - | - | - | - | 354,326 | - | - | - | 116,747 | - | - | - | 116,747 | - | - | - | 15,825 | - | - | - | 603,644 |
| Accountant | - | - | - | - | 2,500 | - | - | - | 15,000 | - | - | - | - | 2,500 | - | - | - | - | - | - | 22,500 |
| Plan Administrator's Attorneys | - | - | - | - | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 225,000 |
| US Trustees Fees | 1,950 | 10,090 | - | 1,336 | - | - | 16,030 | - | - | 5,071 | - | - | 3,616 | - | - | 4,726 | - | - | 3,919 | - | 33,363 |
| Plan Administrator Fees | - | - | - | - | 45,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 465,000 |
| **Total Plan** | 10,098 | 18,238 | 13,502 | 9,484 | 424,974 | 53,148 | 69,178 | 53,148 | 184,895 | 58,219 | 53,148 | 53,148 | 173,511 | 55,648 | 53,148 | 57,874 | 68,973 | 53,148 | 59,567 | 53,148 | 1,471,222 |
| **Sub-Total** | 34,598 | 42,738 | 38,002 | 39,784 | 463,774 | 91,948 | 107,978 | 91,948 | 223,695 | 97,019 | 91,148 | 86,148 | 206,511 | 88,648 | 86,148 | 96,674 | 107,773 | 91,948 | 98,367 | 91,948 | 1,971,444 |
| Accrued Professional Fees | - | - | - | - | 824,805 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 824,805 |
| 2018 Income Tax | - | - | 18,256 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 18,256 |
| Misc. Allowed Admin. Expenses | - | - | - | - | 103,883 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 103,883 |
| Class 2 Periodic Payment | - | - | - | - | 26,616 | 27,015 | 27,420 | 27,832 | 28,249 | 28,673 | 29,103 | 29,540 | 29,983 | 30,432 | 30,889 | 31,352 | 31,822 | 32,300 | 32,784 | - | 444,010 |
| Class 3 Cure Payments | - | - | - | - | 25,193 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 25,193 |
| **Sub-Total** | - | - | 18,256 | - | 980,497 | 27,015 | 27,420 | 27,832 | 28,249 | 28,673 | 29,103 | 29,540 | 29,983 | 30,432 | 30,889 | 31,352 | 31,822 | 32,300 | 32,784 | - | 1,397,893 |
| **Total Cash-Out** | 34,598 | 42,738 | 56,258 | 39,784 | 1,444,271 | 118,963 | 135,399 | 119,780 | 251,944 | 125,692 | 120,251 | 115,688 | 236,493 | 119,080 | 117,037 | 128,026 | 139,595 | 124,248 | 131,151 | 91,948 | 3,369,035 |
| **Ending Cash** | 128,030 | 85,292 | 285,034 | 245,250 | 50,000 | 81,646 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 75,507 | 50,000 | 50,000 | 50,000 | 50,000 | 237,752 | 118,601 | 38,653 | 38,653 |

*Class 2: pre-petition property tax
*Class 3: Wells Fargo Mortgage to clear default

Tentative Preliminary Draft: For Review and Discussion Purposes Only. Subject to Change. UNAUDITED.

1  SEYFARTH SHAW LLP
   M. Ryan Pinkston (State Bar No. 310971)
2  E-mail: rpinkston@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Tel: 415.544.1013; Fax: 415.397.8549
4
   James B. Sowka (Admitted *Pro Hac Vice*)
5  E-mail: jsowka@seyfarth.com
   233 South Wacker Drive, Suite 8000
6  Chicago, IL 60606
   Tel: 312.460.5325; Fax: 312.460.7325
7
   *Attorneys for LBA RV-COMPANY XXVII, LP*
8

9

10            UNITED STATES BANKRUPTCY COURT FOR THE
11                  EASTERN DISTRICT OF CALIFORNIA

12  | In re | ) | Case No. 9:18-bk-90029 |
    |       | ) |                        |
13  | JEFFERY EDWARD ARAMBEL, | ) | Chapter 11 |
    |       | ) |                        |
14  | Debtor. | ) | **LBA RV-COMPANY XXVII, LP'S NOTICE** |
    |       | ) | **OF APPEAL AND STATEMENT OF** |
15  |       | ) | **ELECTION TO HAVE APPEAL HEARD BY** |
    |       | ) | **DISTRICT COURT** |
16  |       | ) |                        |
    |       | ) | DCN:       MF-40 |
17  |       | ) |                        |
    |       | ) |                        |
18  |       | ) | Honorable Ronald H. Sargis |
    |       | ) |                        |
19  |       | ) |                        |
    |       | ) |                        |
20  |       | ) |                        |
    |       | ) |                        |
21  |       | ) |                        |
    |       | ) |                        |
22

23

24

25

26

27

28

1    Pursuant to 28 U.S.C. § 158(a), Creditor LBA RV-COMPANY XXVII, LP ("LBA"), by and

2  through undersigned counsel, hereby appeals to the United States District Court for the Eastern District

3  of California from the Order Confirming Debtor in Possession's Plan of Reorganization (Dkt. No. 970,

4  DCN MF-40) ("Confirmation Order") entered by the United States Bankruptcy Court for the Eastern

5  District of California on September 15, 2019.  A copy of the Confirmation Order is attached hereto as

6  **Exhibit A**.

7    The name of the other party to the Confirmation Order and the names, addresses, and telephone

8  numbers of counsel are as follows:

9    **MACDONALD FERNANDEZ LLP**
   Iain A. MacDonald (SBN 051073)
10   Reno F.R. Fernandez III (SBN 251934)
   Matthew J. Olson (SBN 265908)
11   914 Thirteenth Street
   Modesto, California 95354
12   Telephone: (209) 521-8100
   Facsimile: (415) 394-5544
13
   *Attorneys for Debtor in Possession Jeffery E. Arambel*
14
15    LBA hereby elects to have its appeal heard by the United States District Court for the Eastern

16  District of California rather than by the Bankruptcy Appellate Panel.

17

18  DATED: September 27, 2019                  SEYFARTH SHAW LLP

19

20                                             By:____/s/ M. Ryan Pinkston_____
                                                     James B. Sowka
21                                                   M. Ryan Pinkston

22                                             *Attorneys for LBA RV-COMPANY XXVII, LP*

23

24

25

26

27

28

# EXHIBIT A

**6**

1  **MACDONALD | FERNANDEZ LLP**
2  IAIN A. MACDONALD (SBN 051073)
   RENO F.R. FERNANDEZ III (SBN 251934)
3  MATTHEW J. OLSON (SBN 265908)
   914 Thirteenth Street
4  Modesto, CA  95354
   Telephone:  (209) 521-8100
5  Facsimile:  (415) 394-5544

6  Attorneys for Debtor in Possession,
7  JEFFERY EDWARD ARAMBEL

8              UNITED STATES BANKRUPTCY COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  | In Re: | Case No. 18-90029-E-11 |
    | JEFFERY EDWARD ARAMBEL, | Chapter 11 |
    | Debtor. | DCN: MF-40 |

Confirmation Hearing:
Date:    September 10, 2019
Time:    10:00 a.m.
Place:   Courtroom 33
         501 I Street, 6th Floor
         Sacramento, California

         Hon. Ronald H. Sargis

18  **ORDER CONFIRMING DEBTOR IN POSSESSION'S**
    **PLAN OF REORGANIZATION (Dated July 19, 2019)**

20      The plan under chapter 11 of the Bankruptcy Code filed by Jeffery E. Arambel, Debtor in

21  Possession herein, on July 19, 2019, (Dckt. No. 860) having been transmitted to creditors and equity

22  security holders; and

23      It having been determined after hearing on notice that the requirements for confirmation set

24  forth in 11 U.S.C. § 1129(b) have been satisfied; for the reasons stated orally on the record,

25      **IT IS ORDERED** that the Plan filed by Jeffery E. Arambel, Debtor in Possession herein, on

26  July 19, 2019, Docket 860, as modified as set forth below, is confirmed.

27      **IT IS FURTHER ORDERED** that the Plan is modified as follows:

28

RECEIVED
September 13, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006580934

1

1. Section 1.74 of the Plan is modified to read:

**1.74** "Post-Confirmation Service List" means a service list comprised of the names and email addresses for (a) all Creditors holding Claims in Classes 1 and 2, (b) the Creditors holding the five (5) largest Claims in Class 6 as of the Effective Date, (c) each member of the Oversight Committee, (d) the Reorganizing Debtor, (e) the Plan Administrator, (f) the Office of the United States Trustee, (g) any party who objected to confirmation of the Plan, and (h) any other Creditor or party in interest that files with the Bankruptcy Court a request for post-Confirmation notice after the Effective Date and serves it on all parties on the Post-Confirmation Service List; provided, however, that any Creditor or party in interest may be removed from the Post-Confirmation Service List with their consent or by order of the Bankruptcy Court on notice to the then-constituted Post-Confirmation Service List upon a showing that such Creditor or such party no longer holds a Claim or has an interest in the Case.

2. The reference to Class 1(b) in Section 4.1 of the Plan is modified to read:

| Class | Name of Creditor | Estimated Amount of Claim | Interest Rate | Disputed? |
|---|---|---|---|---|
| 1(b) | Summit | $45,491,296.74 | 12% | No |

3. The reference to Class 3(a) in Section 4.3 of the Plan is modified to read:

| Class | Name of Creditor | Estimated Amount of Claim | Amount of Arrears | Disputed? |
|---|---|---|---|---|
| 3(a) | Chase Bank, N.A. | $175,603.78 | $5,911.78 | No |

4. Section 4.5 of the Plan is modified to add a reference to a new class 5(d), as follows:

| Class | Name of Creditor | Estimated Amount of Claim | Collateral |
|---|---|---|---|
| 5(d) | CNH Industrial Capital | $20,041.77 | 2 Rears model LSH08K946 mowers |

5. The reference to Benjamin Lopez in Class 4.6 of the Plan is modified to read:

| Name of Creditor | Estimated Amount of Claim | Disputed? |
|---|---|---|
| Benjamin Lopez | $1,600,000.00 | No |

6. Section 6.5.4 is added to Plan to read as follows:

**6.5.4   Class 5(d)—Secured Claim of CNH Industrial Capital**

The Allowed Secured Claim in Class 5(d) of CNH Industrial Capital is not modified by the Plan. On the Effective Date, CNH Industrial Capital is granted relief from the automatic stay to commence nonjudicial foreclosure proceedings of its collateral in accordance with the applicable prepetition loan documents and applicable non-bankruptcy law and to obtain possession of its collateral in accordance with applicable non-bankruptcy law. The Reorganizing Debtor shall voluntarily surrender his possession of the collateral.  To the extent Allowed Secured Claim in Class 5(d) of CNH Industrial Capital is not satisfied by the recovery on its collateral, the balance of its Claim is a Class 6 General Unsecured Claim and CNH Industrial

2

Capital shall file an amended proof of claim to assert said Class 6 General Unsecured Claim within six months of recovering possession of its collateral.

7.    Section 6.6 of the Plan is modified to read as follows:

**6.6     Class 6—General Unsecured Claims**

Allowed Claims in Class 6 shall receive periodic Pro Rata Distributions up to the full amount their Allowed Claims, plus simple interest at the Federal Judgment Rate. Such periodic Pro Rata Distributions shall be made from the Proceeds of the sale of the Plan Assets, through the refinancing of the Plan Assets, from unencumbered Plan Assets, from the use of Plan Funding Cash Collateral determined by the Plan Administrator to be Available Cash, or a combination of any of the forgoing. The Reorganizing Debtor shall use commercially reasonable efforts to cause Allowed Claims in Class 6 to be paid in full as soon as practicable after the payment in full of Allowed Secured Claims in Classes 1 and 2 and within 21 months of the Effective Date; provided, however, that Summit, both for itself and in its capacity as a Plan Funding Lender, shall allow the Reorganizing Debtor to use Plan Funding Cash Collateral, to the extent determined by the Plan Administrator to be Available Cash, to fund such periodic payments prior to the repayment in full of Summit's Allowed Secured Claim in Class 1 and Summit's Plan Funding Claim. Pursuant to the terms and conditions of the Cash Collateral Fund (as defined in the Plan Credit Agreement with Summit), Plan Funding Cash Collateral shall be made available to the Reorganizing Debtor as follows: upon the consummation of any sale or refinance of Summit's collateral authorized by a Final Order of the Bankruptcy Court, the cash Proceeds of any such sale or refinance otherwise due to Summit (after payment of all Claims having priority over Summit) shall be distributed: (a) first, to Summit on account of its Allowed Secured Claim in Class 1 until Summit has received a total of $2,000,000.00 on account of such Allowed Secured Claim; and (b) second, 90% to Summit on account of its Allowed Secured Claim in Class 1 and 10% to fund the Cash Collateral Fund until the Cash Collateral Fund has been funded in full up to the Plan Funding Maximum Cash Amount. The Reorganizing Debtor and the Plan Administrator shall use commercially reasonable efforts to distribute 36.25% of the Plan Funding Maximum Cash Collateral Amount to holders of Allowed Claims in Class 6 within 12 months of the Effective Date.

8.    Section 7.8.5 of the Plan is modified to read as follows:

**7.8.5   Withholding Taxes**

Pursuant to Section 346(h) of the Code, the Reorganizing Debtor and the Plan Administrator shall be entitled to deduct any applicable federal, state or local withholding taxes from any cash payments made with respect to Allowed Claims, as appropriate. The Reorganizing Debtor and the Plan Administrator shall be permitted to withhold a Distribution to any Creditor that has not provided information requested by the Reorganizing Debtor and the Plan Administrator for the purpose of fulfilling his or her obligations hereunder. The Reorganizing Debtor and the Plan Administrator, as applicable, shall comply with all reporting obligations imposed by any governmental unit with respect to withholding and related taxes. This Section 7.8.4 is not a surcharge of the collateral of any secured Creditor and is not a basis for the Reorganizing Debtor and the Plan Administrator to surcharge any collateral of any secured Creditor.

/ / /

3

9.      Section 7.16.5 of the Plan is modified to read as follows:

**7.16.6  Service of Post-Confirmation Quarterly Reports**

A copy of each aforementioned post-Confirmation report shall be served upon the Reorganizing Debtor, each person and entity on the Post-Confirmation Service List, and the members of the Oversight Committee.

10.     The following sentence is added to the end of Section 7.8.2(b) of the Plan:

For the purposes of interim distributions under this Section 7.8.2(b) to holders of claims in Class 1(d) and Class 1(e) that are not an Allowed Claim, or the sale of any collateral securing the claims in Class 1(d) and Class 1(e) that are not an Allowed Claim, payments on account of said claims will be calculated as if 70% of the face value of the asserted claim were an Allowed Claim.

11.     The following sentence is added to the end of Section 12.3 of the Plan:

This Section 12.3 shall not apply following entry of the Final Decree and closing of the case, and a secured creditor's loan documents shall control with respect to a material default thereafter.

12.     The initial Plan Budget, as defined by Section 1.63, is attached hereto as Exhibit "A" and said Plan Budget may be modified as provided for by the Plan.

**Dated:** September 15, 2019          **By the Court**

Ronald H. Sargis, Judge
United States Bankruptcy Court

4

# EXHIBIT A

| Arambel Budget | Pre-Confirmation | | | | 2019 | | | | | 2020 | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | April | May | June | July | August Month 1 | September Month 2 | October Month 3 | November Month 4 | December Month 5 | January Month 6 | February Month 7 | March Month 8 | April Month 9 | May Month 10 | June Month 11 | July Month 12 | August Month 13 | September Month 14 | October Month 15 | November Month 16 | |
| Starting Cash | 42,628 | 128,030 | 85,292 | 285,034 | 245,250 | 50,000 | 81,646 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 75,507 | 50,000 | 50,000 | 50,000 | 50,000 | 237,752 | 118,601 | 245,250 |
| **Cash-In** | | | | | | | | | | | | | | | | | | | | | |
| Plan Loan Draw (Summit/MetLife) | - | - | - | - | 429,021 | - | 67,451 | 107,780 | 239,943 | 113,692 | 108,251 | 103,688 | - | 81,574 | 105,037 | 116,026 | 127,595 | - | - | - | 1,600,058 |
| FLCC Deposit | 120,000 | - | 256,000 | - | 820,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 1,000,000 |
| Crop Retainage | - | - | - | - | - | - | - | - | - | - | - | - | 250,000 | - | - | - | - | - | - | - | 250,000 |
| Rental Income | - | - | - | - | - | 138,610 | 24,302 | - | - | - | - | - | - | - | - | - | - | - | - | - | 162,911 |
| Property Sale (Net of Liens) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 300,000 | - | - | 300,000 |
| **Total Cash-In** | 120,000 | - | 256,000 | - | 1,249,021 | 150,610 | 103,753 | 119,780 | 251,943 | 125,692 | 120,251 | 115,688 | 262,000 | 93,574 | 117,037 | 128,026 | 139,595 | 312,000 | 12,000 | 12,000 | 3,558,219 |
| *(DIP Loan + FLCC Deposit Balance)* | - | - | - | - | 1,249,021 | 1,261,021 | 1,340,472 | 1,460,252 | 1,712,195 | 1,837,887 | 1,958,138 | 2,073,826 | 2,085,826 | 2,179,400 | 2,296,437 | 2,424,463 | 2,564,058 | 2,576,058 | 2,588,058 | 2,600,058 | |
| **Cash-Out** | | | | | | | | | | | | | | | | | | | | | |
| **Personal Expenses** | | | | | | | | | | | | | | | | | | | | | |
| Pharmacy | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 4,500 |
| Misc. Medical | - | - | - | - | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 7,500 |
| Home maintenance + HOA | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 6,000 |
| Home Mortgage | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 102,000 |
| Food, Clothing and Household | 1,500 | 1,500 | 1,500 | 1,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 30,000 |
| Utilities | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 24,000 |
| Transportation | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 6,000 |
| **Total Personal** | 11,000 | 11,000 | 11,000 | 11,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 180,000 |
| **Farm Expenses (including payroll and withholding and employment related taxes)** | | | | | | | | | | | | | | | | | | | | | |
| Water and Power | 5,000 | 5,000 | 5,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 | 5,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 130,000 |
| Fuel | 400 | 400 | 400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 400 | 400 | 400 | 400 | 400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,000 |
| Parts | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 9,000 |
| Labor | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 112,500 |
| Reorganizing Debtor's Professionals | - | - | - | - | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 112,500 |
| **Total Farm** | 13,500 | 13,500 | 13,500 | 19,300 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | 26,000 | 21,000 | 21,000 | 21,000 | 21,000 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | 378,000 |
| **Plan Expenses** | | | | | | | | | | | | | | | | | | | | | |
| Insurance | 8,148 | 8,148 | 13,502 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 122,220 |
| Property Taxes | - | - | - | - | 354,326 | - | - | - | 116,747 | - | - | - | 116,747 | - | - | - | 15,825 | - | - | - | 603,644 |
| Accountant | - | - | - | - | 2,500 | - | - | - | 15,000 | - | - | - | - | 2,500 | - | - | - | - | 2,500 | - | 22,500 |
| Plan Administrator's Attorneys | - | - | - | - | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 225,000 |
| US Trustees Fees | 1,950 | 10,090 | - | 1,336 | - | - | 16,030 | - | - | 5,071 | - | - | 3,616 | - | - | 4,726 | - | - | 3,919 | - | 33,363 |
| Plan Administrator Fees | - | - | - | - | 45,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 465,000 |
| **Total Plan** | 10,098 | 18,238 | 13,502 | 9,484 | 424,974 | 53,148 | 69,178 | 53,148 | 184,895 | 58,219 | 53,148 | 53,148 | 173,511 | 55,648 | 53,148 | 57,874 | 68,973 | 53,148 | 59,567 | 53,148 | 1,471,727 |
| **Sub-Total** | 34,598 | 42,738 | 38,002 | 39,784 | 463,774 | 91,948 | 107,978 | 91,948 | 223,695 | 97,019 | 91,148 | 86,148 | 206,511 | 88,648 | 86,148 | 96,674 | 107,773 | 91,948 | 98,367 | 91,948 | 1,971,044 |
| Accrued Professional Fees | - | - | - | - | 824,805 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 824,805 |
| 2018 Income Tax | - | - | 18,256 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Misc. Allowed Admin. Expenses | - | - | - | - | 103,883 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 103,883 |
| Class 2 Periodic Payment | - | - | - | - | 26,616 | 27,015 | 27,420 | 27,832 | 28,249 | 28,673 | 29,103 | 29,540 | 29,983 | 30,432 | 30,889 | 31,352 | 31,822 | 32,300 | 32,784 | - | 444,010 |
| Class 3 Cure Payments | - | - | - | - | 25,193 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 25,193 |
| **Sub-Total** | - | - | 18,256 | - | 980,497 | 27,015 | 27,420 | 27,832 | 28,249 | 28,673 | 29,103 | 29,540 | 29,983 | 30,432 | 30,889 | 31,352 | 31,822 | 32,300 | 32,784 | - | 1,397,891 |
| **Total Cash-Out** | 34,598 | 42,738 | 56,258 | 39,784 | 1,444,271 | 118,963 | 135,399 | 119,780 | 251,944 | 125,692 | 120,251 | 115,688 | 236,493 | 119,080 | 117,037 | 128,026 | 139,595 | 124,248 | 131,151 | 91,948 | 3,369,035 |
| **Ending Cash** | 128,030 | 85,292 | 285,034 | 245,250 | 50,000 | 81,646 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 75,507 | 50,000 | 50,000 | 50,000 | 50,000 | 237,752 | 118,601 | 38,653 | 38,653 |

*Class 2: pre-petition property tax
*Class 3: Wells Fargo Mortgage to clear default

1  SEYFARTH SHAW LLP
M. Ryan Pinkston (State Bar No. 310971)
2  E-mail:  rpinkston@seyfarth.com
560 Mission Street, Suite 3100
3  San Francisco, California 94105
Tel: 415.544.1013; Fax: 415.397.8549
4
James B. Sowka (Admitted *Pro Hac Vice*)
5  E-mail:  jsowka@seyfarth.com
233 South Wacker Drive, Suite 8000
6  Chicago, IL 60606
Tel: 312-460-5325; Fax: 312-460-7325
7
*Attorneys for LBA RV-COMPANY XXVII, LP*
8

9           **UNITED STATES BANKRUPTCY COURT FOR THE
10              EASTERN DISTRICT OF CALIFORNIA**

11  In re                          )   Case No. 9:18-bk-90029
                                   )
12  JEFFERY EDWARD ARAMBEL,        )   Chapter 11
                                   )
13            Debtor.              )   **PROOF OF SERVICE**
                                   )
14                                 )   DCN:     MF-40
                                   )
15                                 )   Date:        September 10, 2019
                                   )   Time:        10:00 a.m.
16                                 )   Courtroom:   33
                                   )                501 I Street, 6th Floor
17                                 )                Sacramento, California
                                   )
18                                 )   Honorable Ronald H. Sargis
19  _____)

20
       I, the undersigned, hereby certify that I am a citizen of the United States of America and
21
employed in the City and County of San Francisco, California; that I am over the age of eighteen years
22
and not a party to the within action; and that my business address is Seyfarth Shaw LLP, 560 Mission
23
Street, Suite 3100, San Francisco, California 94105.
24
       I served the following document(s) by the method(s) and upon the recipient(s) indicated below:
25
26  **LBA RV-COMPANY XXVII, LP'S NOTICE OF APPEAL AND STATEMENT OF
    ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT**
27
28

                                           1

1
☒ by causing the document(s) listed above to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail on September 27, 2019, at San Francisco, California,
2
   addressed as set forth in the Court's mailing matrix for this case (attached hereto).

3
☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
4

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a
5   sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at San Francisco, California,
6   addressed as set forth below.

7
☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below on September 27, 2019.
8

9   Iain A. McDonald                          Allen C. Massey
    Reno F.R. Fernandez                       Jason M. Blumberg
    221 Sansome Street                        Greg Powell
10  San Francisco, CA 94104                   501 I Street, #7-500
    Email: iain@macfern.com                   Sacramento, CA 95814
11  reno@macfern.com                          Email: al.c.massey@usdoj.gov
                                              Jason.blumberg@usdoj.gov
12  Matthew J. Olson                          Greg.powell@usdoj.gov
    914 Thirteenth Street
13  Modesto, CA 95354                         Counsel for Tracy Hope Davis, U.S. Trustee
    matt@macfern.com
14

15  Counsel for Debtor Jeffrey Arambel

16
☒ electronically by causing the document(s) listed above to be filed via the Court's CM/ECF System on September 27, 2019.
17

18

19      I declare under penalty of perjury under the laws of the United States of America that the above is

20  true and correct.  Executed on September 27, 2019, at San Francisco, California.

21

22

23                                            M B Pa
                                              _____
24                                            M. Ryan Pinkston

25

26

27

28

2

57911464v.1

```
____ _____ ____ _al noticing          1148 N. Chi_____, _____ _      ARCH & BEAM GLOBAL, LLC
0972-9                                 0146                            Attn: Howard Bailey
Case 18-90029                          Visalia, CA 93291-4113          2500 Camino Diablo #110
Eastern District of California                                        Walnut Creek, CA 94597-3956
Modesto
Fri Sep 27 12:41:31 PDT 2019
```

```
AT&T Mobility II LLC                   Steven S. Altman                American Ag Credit
%AT&T SERVICES INC.                    201 Needham Street              Oakdale Branch
KAREN A. CAVAGNARO  PARALEGAL          Modesto, CA 95354-1111          700 North Yosemite Avenue
ONE AT&T WAY, SUITE 3A104                                             Oakdale CA 95361-2629
BEDMINSTER, NJ. 07921-2693
```

```
American AgCredit, FLCA                American AgCredit, FLCA         Anthony D. Johnston
c/o Thomas G. Mouzes                   Tom Mouzes, Boutin Jones Inc.   Fores Macko, APLC
555 Capitol Mall #1500                 555 Capital Mall #1500          1600 G Street
Sacramento, CA 95814-4603              Sacramento CA 95814-4603        Suite 103
                                                                      Modesto, CA 95354-2555
```

```
Jeffery Edward Arambel                 Dorothy M. Arnaud               BPM LLP
433 Roxanne Drive                      WANGER JONES HELSLEY PC         600 California Street
Patterson, CA 95363-2152               265 E. River Park Cir #310      Suite 600
                                       Fresno, CA 93720-1580           San Francisco, CA 94108-2733
```

```
Michael F. Babitzke                    Bachecki, Crom & Co., LLP       Benjamin Lopez
6 S El Dorado St #305                  Attn: Jay D. Crom               c/o Michael F. Babitzke
Stockton, CA 95202-2804                400 Oyster Point Blvd #106      6 S El Dorado St #305
                                       South San Francisco, CA 94080-1917   Stockton CA 95202-2804
```

```
Berliner Cohen, LLP                    Danielle J. Bethel              Jason M. Blumberg
Berliner Cohen, LLP c/o Michael B. Ijams   205 E River Park Circle #410   501 I St #7-500
1601 I Street, Suite 150               Fresno, CA 93720-1572           Sacramento, CA 95814-7304
Modesto, CA 95354-1128
```

```
Braun International                    Braun International Real Estate  Business Debt Solutions, Inc.
Attn: Todd B. Wohl                     Attn: Anthony E. Fitzgerald     Attn: Charles Doyle
180 Sansome Street                     2035 Circle Dr.                 230 California St #302
San Francisco, CA 94104-3713           Hermosa Beach, CA 90254-2838    San Francisco, CA 94111-4345
```

```
CNH Industrial Capital America LLC     Jonathan C. Cahill              Cammy Wells
Dean Christopherson                    4375 Jutland Dr #200            P O Box 303
Dawe & Christopherson                  PO Box 17933                    Westley CA 95387-0303
1350 Treat Blvd #420                   San Diego, CA 92177-7921
Walnut Creek CA 94597-7895
```

```
Cammy Wells Matt and Adam Owens        Carolyn Dilday and Dan Stadtler  Carolyn Dilday and Daniel Stadtler
d b a M A Livestock                    Michael G. Dini                 c o Triebsch Frampton
P O Box 303                            c/o Triebsch & Frampton, APC    Attn Mike Dini
Westley CA 95387-0303                  300 N. Palm Street              300 N Palm St
                                       Turlock CA 95380-4029           Turlock CA 95380-4029
```

```
Castello, Marino & Orr, a general partn   Cazale Family Revocable Trust   Cazale Family Trust
Anthony D. Johnston                    c/o Kirk S. Rimmer              c/o Kirk S. Rimmer
Fores Macko, APLC                      112 J Street Suite 300          112 J Street Suite 300
1600 G Street, Suite 103               Sacramento, CA 95814-2200       Sacramento, CA 95814-2200
Modesto, CA 95354-2555
```

Cazale Revocable Trust,
Kirk Rimmer
112 J Street Suite 300
Sacramento, CA 95814-2200

Chase
P O Box 78035
Phoenix AZ 85062-8035

Chase Bank N A
2400 McHenry Avenue
Modesto CA 95350-3200

Jay A. Christofferson
265 E River Park Cir #310
Fresno, CA 93720-1580

Dean A. Christopherson
1350 Treat Boulevard, Suite 420
Walnut Creek, CA 94597-7895

Colby Bell
3955 Starlite Drive
Ceres CA 95307-9733

Colby Bell
P O Box 2710
Ceres CA 95307-7710

Com Trade
P O Box 10389
Bakersfield CA 93389-0389

Commercial Trade , Inc.
5330 Office Center Court
Bakersfield CA 93309-1573

Commercial Trade Inc
c o Sandra Kuhn McCormack
5330 Office Center Court Ste C
Bakersfield CA 93309-1561

Credit Consulting Services Inc
P O Box 5879
Salinas CA 93915-5879

Credit Consulting Services Inc
c o Herendeen Bryan
Attn MacDonald Bryan
119 Cayuga St
Salinas CA 93901-2626

Creditors Bureau USA
c/o John D. Suhr
757 L St
Fresno, CA 93721-2998

Creditors Bureau USA, Assignee for The Burch
757 'L' Street
Fresno, CA 93721-2904

Cushman & Wakefield U.S. Inc.
Attn: Blake Rasmussen
3255 W. March Lane #230
Stockton, CA 95219-2353

Daniel Stadtler and Carolyn Dilday
Michael G Dini
300 N Palm St
Turlock CA 95380-4029

Dave Wilson Nursery, Inc.
c/o Anthony D. Johnston
1600 G St #103
Modesto, CA 95354-2555

Dave Wilson Nursery, Inc.
Anthony D. Johnston
Fores Macko, APLC
1600 G Street, Suite 103
Modesto, CA 95354-2555

Tracy Hope Davis
c/o Allen C. Massey
501 I St #7-500
Sacramento, CA 95814-7304

Carolyn Dilday
24789 N County Rd 3360
Wynnewood, OK 73098-9364

Carolyn Dilday
c/o Steven S. Altman
1127 12th St #104
Modesto, CA 95354-0841

Michael G. Dini
Triebsch & Frampton
300 N. Palm St
Turlock, CA 95380-4029

Director of Industrial Relations
c/o David Garza
Office of the Director-Legal Unit
160 Promenade Cir #330
Sacramento, CA 95834-2962

Dorothy Arnaud
1566 Liverpool Court
Manteca CA 95336-6246

Dorothy M Arnaud 1 3 interest
Helen F Jacobson 1 3 Gary Lee DeWolf
Gary Lee DeWolf Trustee of 1 6
265 E River Park Cir Ste 310
Fresno CA 93720-1580

Dorothy M Arnaud and Helen F Jacobson
c o Wanger Jones Helsley PC
265 E river Park Cir 310
Fresno CA 93720-1580

EMPLOYMENT DEVELOPMENT DEPARTMENT
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

El Che Corporation
c/o Jose Eguiluz
2226 Paloma Ave
Stockton CA 95209-2916

Reno F.R. Fernandez III
221 Sansome St 3rd Fl
San Francisco, CA 94104-2331

Filbin
c o Wanger Jones Helsley PC
265 E River Park Cir Suite 310
Fresno CA 93720-1580

c/o Michael C. Normoyle
814 14th St #A
Modesto, CA 95354-1028

Mary Etta F.
c/o Michael C. Normoyle
814 14th St #A
Modesto, CA 95354-1028

Thomas R. Filbin
c/o Michael C. Normoyle
814 14th St #A
Modesto, CA 95354-1028

Flory Industries Inc
4737 Toomes Rd
Salida CA 95368

Franchise Tax Board
Bankruptcy Section MS A-340
Post Office Box 2952
Sacramento CA 95812-2952

Fred Frias Union Service
226 N 2nd Street
Patterson CA 95363-2302

GDR Engineering Inc
P O Box 1033
Ceres CA 95307-1033

GDR Engineering Inc.
3525 Mitchell Rd #G
Ceres CA 95307-9478

Todd S. Garan
4375 Jutland Dr #200
PO Box 17933
San Diego, CA 92177-7921

Giddings Corby Hynes Inc
P O Box 3231
Modesto CA 95353-3231

Growers Link
Law Offices of Charles L. Hastings
4568 Feather River Dr., Suite A
Stockton, CA 95219-6508

Charles L. Hastings
4568 Feather River Dr #A
Stockton, CA 95219-6508

Helen F. Jacobson
10636 Caminito Duro
San Diego CA 92126-2803

Howk Systems
1825 Yosemite Blvd
Modesto CA 95354-2905

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Idaho Bee Ranch LLC
c o Borton Petrini LLP
201 Needham Street
Modesto CA 95354-1111

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Irrigation Design & Construction, Inc.
Law Offices of Charles L. Hastings
4568 Feather River Dr., Suite A
Stockton, CA 95219-6508

Irrigation Design & Construction, Inc.
c/o Law Offices of Charles L. Hastings
4568 Feather River Dr., Suite A
Stockton, CA 95219-6508

Irrigation Design Construction IDC
P O Box 1412
Patterson CA 95363-1412

Irrigation Design and Construction
c/o Charles L. Hastings
4568 Feather River Dr #A
Stockton, CA 95219-6508

JEA2, LLC
Attn: Riley C. Walter
265 E River Park Circle #310
Fresno, CA 93720-1580

JPMorgan Chase Bank, N.A.
ALDRIDGE PITE, LLP
4375 Jutland Dr #200
PO Box 17933
San Diego, CA 92177-7921

Helen F. Jacobson
WANGER JONES HELSLEY PC
265 E. River Park Cir #310
Fresno, CA 93720-1580

David R. Jenkins
8050 N Palm Ave, Ste 300
Fresno, CA 93711-5510

Joe Di Anna Harvesting Inc.
5912 Garst Road
Modesto CA 95357-0134

Anthony D. Johnston
1600 G Street. Suite103
Modesto, CA 95354-2555

Josephine A. Cazale Trust dated October 7, 1
c/o Kirk S. Rimmer
112 J Street Suite 300
Sacramento, CA 95814-2200

Darin T. Judd
201 Tamal Vista Blvd
Corte Madera, CA 94925-1190

Judith G. Callaway
1120 13th St., Suite G
Modesto, CA 95354-0950

1148 N. Chinowth Street, Suite 5
Visalia, CA 93291-4113

LBA RV-Company XXVII, LP
c/o W. Ryan Pinkston
233 S Wacker Dr #8000
Chicago, IL 60606-6448

LBA RV-Company XXVII, LP
c/o W. Ryan Pinkston
560 Mission St #3100
San Francisco, CA 94105-2992

LBA RV-Company XXVII, LP
3347 Michelson Drive, Suite 200
Irvine, California 92612-0687

Laura Arambel
P O Box 176
Westley CA 95387-0176

Laura Arambel
c o Sherry Arambel
2401 N Park Dr
Sacramento CA 95835-1374

Ben Lopez
c/o Jeffrey Silvia
2800 W March Ln #410
Stockton, CA 95219-8200

Ben Lopez
c/o Michael Babitzke
6 S El Dorado St #305
Stockton, CA 95202-2804

Iain A. Macdonald
221 Sansome St
San Francisco, CA 94104-2323

Allen C. Massey
501 I St #7-500
Sacramento, CA 95814-7304

MetLife Agricultural Finance
P O Box 25965
Shawnee Mission KS 66225-5965

Metropolitan Life Insurance Company
Attn: James O. Moore
One MetLife Way
Whippany, NJ 07981-1449

Metropolitan Life Insurance Company
Attn: Steven P. Traynor
10801 Mastin Blvd #930
Overland Park, KS 66210-1677

Metropolitan Life Insurance Company
c/o Brandy A. Sargent
1 SW Columbia St #1900
Portland, OR 97258-2041

Metropolitan Life Insurance Company
c/o Michael B. Lubic
10100 Santa Monica Blvd 8th Fl
Los Angeles, CA 90067-4003

Metropolitan Life Insurance Company
c/o Nolan C. Thomas
10100 Santa Monica Blvd 8th Fl
Los Angeles, CA 90067-4003

Metropolitan Life Insurance Company
c/o K&L Gates LLP Attn: Brandy A Sargent
1 SW Columbia St. Suite 1900
Portland, OR 97258-2041

Mid Valley Financial
7644 N Palm Ave
Fresno CA 93711-5732

Mid Valley Services, Inc.
c/o David R. Jenkins
PO Box 1406
Fresno, CA 93716-1406

Thomas G. Mouzes
555 Capitol Mall Suite 1500
Sacramento, CA 95814-4603

Howard S. Nevins
2150 River Plaza Dr #450
Sacramento, CA 95833-4136

Michael C. Normoyle
1230 13th Street, Suite C
Modesto, CA 95354-0947

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street , Room 7-500
Sacramento, CA 95814-7304

Matthew J. Olson
914 Thirteenth Street
Modesto, CA 95354-0904

PDC Sacramento LLC
8775 Folsom Blvd Ste 200
Sacramento CA 95826-3725

PG E
Box 997300
Sacramento CA 95899-7300

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

Paradiso Properties LLC
Attn Aaron Paradiso
1282 Baldwin Lane
Stockton CA 95215-9584

Pearson Realty
Attn: John G. Daggett, Sr. VP
7480 N. Palm Ave #101
Fresno, CA 93711-5501

Philip N Stadtler Trustee of the
Phillip N Stadtler and Lois C
Stadtler Trust Dated Mar 4 1999
300 N Palm Street
Turlock CA 95380-4029

23

Shaw Pittman LLP
Attn Cecily A Dumas Partner
Four Embarcadero Center 22nd Floor
San Francisco CA 94111-5998

Pillsbury W_____ ____ _____ LLP
Cecily A. Dumas
Four Embarcadero Center, 22nd Fl
San Francisco CA 94111-5998

Michael R. Pinkston
50 _____ St #3100
San Francisco, CA 94105-2992

Kelly M. Raftery
411 Ivy Street
San Diego, CA 92101-2108

Raymond V. Castello or Wanda Castello
Anthony D. Johnston
Fores Macko, APLC
1600 G Street, Suite 103
Modesto, CA 95354-2555

Kirk Steven Rimmer
112 J Street, Suite 300
Sacramento, CA 95814-2200

Christopher O Rivas
355 S Grand Ave #2900
Los Angeles, CA 90071-1514

Natali A. Ron
4568 Feather River Dr #A
Stockton, CA 95219-6508

SBN V Ag I LLC
REED SMITH LLP
355 South Grand Ave #2900
Los Angeles, CA 90071-1514

SBN V Ag I LLC
Christopher O. Rivas
Reed Smith LLP
355 S. Grand Ave #2900
Los Angeles CA 90071-1514

Brandy A. Sargent
760 SW Ninth Avenue
Portland, OR 97205-2583

Brian Martin Schenker
Reed Smith LLP
1717 Arch St #3100
Philadelphia, PA 19103-7394

Stephanie Sese
160 Promenade Circle #330
Sacramento, CA 95834-2962

Sherry Arambel
2401 N Park Dr
Sacramento CA 95835-1374

Sherry Arambel
P O Box 176
Westley CA 95387-0176

Jeffrey Silvia
2800 W March Ln #410
Stockton, CA 95219-8200

James B. Sowka
233 S Wacker Dr #8000
Chicago, IL 60606-6448

St James Law P C
Attn Michael St James
22 Battery Street Suite 888
San Francisco CA 94111-5522

Michael St. James
22 Battery St #888
San Francisco, CA 94111-5522

Michael St. James
22 Battery Street, Suite 888
San Francisco, CA 94111-5522

St. James Law, P.C.
c/o Michael St. James
22 Battery St #888
San Francisco, CA 94111-5522

Daniel Stadtler
PO Box 422
Gustine, CA 95322-0422

Daniel Stadtler
c/o Steven S. Altman
1127 12th St #104
Modesto, CA 95354-0841

Stanislaus County Tax Collector
P O Box 1003
Modesto CA 95353-1003

State of California Department of Industrial
160 Promenade Circle, Suite 330
Sacramento, CA 95834-2962

Steven M. Koch
1148 N. Chinowth, Suite B
Visalia, CA 93291-4113

Steven M. Koch
Koch, Degn & Gomez, LLP
1148 N. Chinowth, Suite B
Visalia, CA 93291-4113

John D. Suhr
757 L St
Fresno, CA 93721-2904

Summit Investment Management LLC
1700 Lincoln Street Suite 2150
Denver CO 80203-4500

Dana A. Suntag
5757 Pacific, #222
Stockton, CA 95207-5159

1723 Palomares Way
Roseville CA 95747-5020

Turlock Irr...
P O Box 819007
Turlock CA 95381-9007

U.S. Bank NA dba Elan Financial
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

U.S. Bank National Association
Law Offices of Diane Weifenbach
5120 E LaPalma Ave #209
Anaheim, CA 92807-2091

U.S. Bank National Association
c/o Fay Servicing, LLC
3000 Kellway Dr
Carrollton, TX 75006-3305

U.S. Bank National Association
c/o McCarthy & Holthus, LLP
411 Ivy Street
San Diego, CA 92101-2108

U.S. Bank National Association
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006-3357

V Alonzo Inc
P O Box 541
Lockeford CA 95237-0541

WELLS FARGO BANK, N.A.
Default Document Processing N9086-01Y
100 Blue Gentian Road
Eagan, MN 55121-1559

WELLS FARGO BANK, N.A.
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

WESTLAKE FINANCIAL SERVICES
4751 WILSHIRE BLVD
SUITE 100
LOS ANGELES, CA 90010-3847

Diane V. Weifenbach
5120 E. LaPalma Avenue, Suite 209
Anaheim, CA 92807-2091

Wells Fargo Bank, N.A., as Servicer
Default Document Processing N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

West Valley Ag
P O Box 38
Westley CA 95387-0038

West Valley Agricultural Services, LLC
1148 N Chinowth St #B
Visalia, CA 93291-4113

West Valley Agricultural Services, LLC
Koch, Degn & Gomez, LLP
1148 N. Chinowth, Suite B
Visalia, CA 93291-4113

Westlake Financial Services
4751 Wilshire Bvld
Los Angeles CA 90010-3847

Jennifer C. Wong
411 Ivy Street
San Diego, CA 92101-2108

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PG&E
PO BOX 8329
C/O BANKRUPTCY IXB7
STOCKTON, CA 95208

Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)_____ _ ____ ____l, LLC                (u)Bachecki, ____ _ ___, __        (u)Braun International

(u)Braun International Real Estate        (u)Business Debt Solutions, Inc.   (u)CNH Industrial Capital America LLC

(u)Judith G. Callaway                     (u)Cushman & Wakefield U.S. Inc.   (u)Tracy Hope Davis

(u)Deborah DeWolf                         (u)Garry DeWolf                    (u)Filbin Land & Cattle Co., Inc.

(u)Growers Link                           (u)Irrigation Design & Construction, Inc.   (u)JPMorgan Chase Bank, N.A.

(u)Benjamin Lopez                         (u)Morada Farming Company, LLC     (u)Pearson Realty

(u)SBN V Ag I LLC                         (d)Michael St. James               (u)Wells Fargo Bank, N.A.
                                          22 Battery Street, Suite 888
                                          San  Francisco, CA 94111-5522

(u)West Stanislaus Irrigation District    (d)Jennifer C. Wong                End of Label Matrix
                                          411 Ivy Street                     Mailable recipients   168
                                          San Diego, CA 92101-2108           Bypassed recipients     23
                                                                             Total                  191

26

**ADVPEND, RELATED, APLDIST, APPEAL**

# U.S. Bankruptcy Court
## Eastern District of California (Modesto)
## Bankruptcy Petition #: 18−90029

|  |  |
|---|---|
| *Date filed:* | 01/17/2018 |
| *Plan confirmed:* | 09/15/2019 |
| *341 meeting:* | 02/22/2018 |
| *Deadline for filing claims:* | 05/16/2018 |
| *Deadline for filing claims (govt.):* | 07/16/2018 |
| *Deadline for objecting to discharge:* | 04/16/2018 |

*Assigned to:* Hon. Ronald H. Sargis
Chapter 11
Voluntary
Asset

*Debtor*                                        represented by **Reno F.R. Fernandez, III**
**Jeffery Edward Arambel**                      221 Sansome St 3rd Fl
433 Roxanne Drive                               San Francisco, CA 94104
Patterson, CA 95363                             415−362−0449
STANISLAUS−CA
SSN / ITIN: xxx−xx−6709                          **Iain A. Macdonald**
*dba* **Jeffery E. Arambel Farms**              221 Sansome St
                                                San Francisco, CA 94104
                                                (415) 362−0449

                                                **Matthew J. Olson**
                                                914 Thirteenth Street
                                                Modesto, CA 95354
                                                209−521−8100

*U.S. Trustee*
**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street , Room 7−500
Sacramento, CA 95814

*U.S. Trustee*                                  represented by **Allen C. Massey**
**Tracy Hope Davis**                            501 I St #7−500
c/o Allen C. Massey                             Sacramento, CA 95814
501 I St #7−500                                 916−930−2100
Sacramento, CA 95814

*U.S. Trustee*                                  represented by **Jason M. Blumberg**
**Tracy Hope Davis**                            501 I St #7−500
                                                Sacramento, CA 95814
                                                916−930−2076

| Filing Date | # |  | Docket Text | Doc. Locator ID |
|---|---|---|---|---|
| 09/15/2019 |  | 970 | Order Confirming Chapter 11 Plan [MF−40]. (rlos) (Entered: 09/16/2019) | 29504413 |
| 09/27/2019 |  | 992 | Notice of Appeal and Statement of Election to District Court [MF−40] Re: 970 Order Confirming Plan (Fee Paid $298) (eFilingID: 6588734) (bres) (Entered: 09/30/2019) | 29570073 |

| 09/27/2019 | | 993 | Certificate/Proof of Service of 992 Notice of Appeal [MF–40] (bres) (Entered: 09/30/2019) | 29570098 |
|---|---|---|---|---|
| 09/30/2019 | | 994 | Transmittal to District Court in Sacramento [MF–40] Re: 992 Notice of Appeal (bres) (Entered: 09/30/2019) | 29570174 |
| 09/30/2019 | | 995 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (bres) (Entered: 09/30/2019) | 29570290 |
| 09/30/2019 | | 996 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (bres) (Entered: 09/30/2019) | 29570508 |
| 09/30/2019 | | 998 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (kwis) (Entered: 09/30/2019) | 29570676 |
| 09/30/2019 | | 999 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (mfrs) (Entered: 09/30/2019) | 29570745 |
| 09/30/2019 | | 997 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (bres) (Entered: 09/30/2019) | 29570669 |
| 09/30/2019 | | 1000 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (bres) (Entered: 09/30/2019) | 29570811 |
| 09/30/2019 | | 1001 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (kwis) (Entered: 09/30/2019) | 29570891 |
| 09/30/2019 | | 1003 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (mfrs) (Entered: 09/30/2019) | 29570945 |
| 09/30/2019 | | 1002 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (bres) (Entered: 09/30/2019) | 29570904 |
| 09/30/2019 | | 1004 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (bres) (Entered: 09/30/2019) | 29570996 |
| 09/30/2019 | | 1005 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (kwis) (Entered: 09/30/2019) | 29571106 |
| 09/30/2019 | | 1006 | Certificate of Notice of Appeal [MF–40] Re: 992 Notice of Appeal (kwis) (Entered: 09/30/2019) | 29571128 |