# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>**Jeffery Edward Arambel**<br>　　　　　Debtor.<br><br>**LBA RV–Company XXVII, LP**<br>　　　　　Appellant,<br><br>　　　v.<br><br>**Tracy Hope Davis**<br>　　　　　Appellee. | District Court Case Number<br>NO. **2:19–CV–01978–TLN**<br><br>Bankruptcy Court Case Number<br>NO. **18–90029–E–11**<br><br>Adversary Proceeding Number<br>NO. –<br><br>Bankruptcy Appellate Panel Number<br>NO. –<br><br>**OPENING LETTER** |

  **YOU ARE HEREBY NOTIFIED** that your appeal from the bankruptcy court has been received in the district court and assigned to the above district court case number.

  After a Notice of Appeal has been filed, the parties' next step in prosecuting this appeal is compliance with F.R.B.P. 8006 and 8007. These rules require the appellant to file within 14 days a designation of record, statement of issues on appeal and a notice regarding the ordering of transcripts **with the bankruptcy court**. Under these rules, the appellee may also file a supplemental designation of record and other transcripts. The party ordering transcripts must make satisfactory arrangements for payment of their costs. If transcripts are not to be ordered, appellant is required to file with the bankruptcy court a notice stating none are required.

  Parties should note that the designation of record under F.R.B.P. 8006 is a necessary procedural step in the prosecuting an appeal and the parties may not later include in their excerpts of record documents which have not been designated. The record and bankruptcy file will remain with the clerk of the bankruptcy court and the district court will review only those items in the record which counsel reproduces and includes in the excerpts of record filed at the time of the briefs, although under some circumstances the district court may call up the formal record.

**Opening Letter, Page 2**

It is the parties' responsibility to monitor the appeal to ensure transcripts are timely filed and the record is completed in a timely manner. Under F.R.B.P. 8007(a), the court reporter is required to file transcripts within thirty(30) days of receipt of the parties request, unless an extension has been granted.

After the record is complete, **the clerk of the bankruptcy court** will send a Certificate of Record (COR) to the clerk of the district court. Upon receipt of the COR, the district court will issue the briefing schedule. The briefing schedule will contain time deadlines and instructions regarding filing of briefs with the district court. Parties should be aware the time periods set forth in the briefing schedule are relatively short and the district court may require a showing of good cause for any extensions of time.

Once briefing is complete, the appeal will be set for oral argument before the presiding district court judge.

          **MARIANNE MATHERLY**
          **CLERK OF COURT**
          UNITED STATES DISTRICT COURT

Dated: **September 30, 2019**

          By: /s/ **J. Donati**
                Deputy Clerk

cc:    All Counsel
       Courtroom Deputy
       Clerk, Bankruptcy
       Hon. **Ronald H. Sargis**, Bankruptcy Judge